MIKE FOGARTY
CHIEF EXECUTIVE OFFICER



BRAD HENRY
GOVERNOR

**STATE OF OKLAHOMA**
**OKLAHOMA HEALTH CARE AUTHORITY**

April 15, 2008

A Plus Medical Care of Oklahoma, Inc.
PO Box 1990
Edmond, Oklahoma 73034

RE: Provider #: 100811670

Dear Provider,

Thank you for the submission of additional documentation regarding your review. The information you submitted has been reviewed, and our position remains unchanged.

You have the right to an appeal to the Medical Advisory Committee (MAC). That appeal must be submitted in writing within twenty (20) days of the receipt of this letter. Your appeal should be sent with an LD-2 Form to:

OHCA Legal Division
PO Box 18497
Oklahoma City, OK 73154-0497

The LD-2 Form may be obtained from the Legal Division by calling (405) 522-7217. It is necessary that you submit new or additional material and/or evidence that has not previously been considered with your written appeal request documenting the services that were rendered and substantiating your claims billing. Documentation submitted for appeal should not be altered or created.

If an appeal is not commenced within the time frame above we will initiate an automatic offset against the provider number under which you are currently receiving payment.

Should you elect to appeal, you may wish to consider sending your request certified mail. The time, place, and date of the hearing will be set upon receipt of your request.



If the OHCA has not received either a check or a formal request for an appeal within twenty (20) days, a recoupment will be made from your current Medicaid billings. We appreciate your help with this review. If you have questions, you may contact Tami Nab with the Management and Audit Services Division at (405) 522-7671 or email Tami.Nab@okhca.org

Sincerely,

Kelly Shropshire

Kelly Shropshire, C.P.A.
Audit Project Manager

Cc: Kevin Gordon, Crowe & Dunlevy