STATE OF OKLAHOMA
HEALTH CARE AUTHORITY

07/30/99

REPLY ATTN: PROVIDER ENROLLMENT
(405) 525-1092

S7314969584
A PLUS MEDICAL CARE INC
PO BOX 1296
EDMOND           OK 73083

DEAR PROVIDER:

YOUR CONTRACT AS A MEDICAL PROVIDER UNDER PROGRAMS ADMINISTERED BY
THE OKLAHOMA HEALTH CARE AUTHORITY HAS BEEN APPROVED.

YOUR CONTRACT WILL EXPIRE ON 12/31/01. PRIOR TO EXPIRATION YOU
WILL RECEIVE AN ADDENDUM TO EXTEND YOUR CONTRACT ONE YEAR.

AS AN APPROVED PROVIDER, YOU MAY SUBMIT CLAIMS FOR REIMBURSEMENT UNDER
THE MEDICAL PROGRAMS WITHIN THE SCOPE OF COVERAGE OF YOUR SERVICES
FOR ELIGIBLE INDIVIDUALS.

THE ELEVEN (11) DIGIT PROVIDER NUMBER LISTED ABOVE HAS BEEN ASSIGNED
TO YOU FOR BILLING PURPOSES. IN ORDER TO ASSURE PROMPT REIMBURSEMENT,
IT IS IMPERATIVE THAT THIS NUMBER BE SHOWN ON EACH BILLING.

WE ARE PLEASED TO WELCOME YOU AS A PARTICIPATING PROVIDER.

SINCERELY,

GARTH L. SPLINTER, M.D.
CHIEF EXECUTIVE OFFICER
OKLAHOMA HEALTH CARE AUTHORITY

M4120R05

EXHIBIT
1-A

AGREEMENT
between
OKLAHOMA HEALTH CARE AUTHORITY
and
MEDICAL SUPPLIES PROVIDER

WITNESSETH:

In consideration of mutual promises made, the Oklahoma Health Care Authority (OHCA) and _A Plus Medical Care Inc._ of
(Name)
_Edmond, Oklahoma_ (Contractor) enter into this Agreement:
(City, State)

RECITALS

1. OHCA Authority

(a) OHCA is the single state agency that the Oklahoma Legislature has designated through 63 Okla. Stat. subsection 5009(A) to administer Oklahoma's Medicaid Program. Under Medicaid, the state and federal governments share in the cost of providing health care to certain persons based upon criteria established by the state within the parameters of federal law.

(b) OHCA has authority to enter into this Agreement pursuant to 63 Okla. Stat. subsection 5006(A). OHCA's chief executive officer has authority to execute this agreement on OHCA's behalf pursuant to 63 Okla. Stat. subsection 5008(B).

2. Contractor Licenses and Permits

(a) Contractor (1) is a provider of medical supplies and (2) has all state, federal, tribal, and local licenses, certifications, registrations, and permits required of such a business. All such licenses, certifications, registrations, and permits shall be kept current during the term of this Agreement.

(b) All persons who practice a health-care profession in Contractor's employ or facility have all licenses, certifications, registrations, and permits for such practice as required by law.

(c) Contractor has authority to enter into this Agreement pursuant to its business entity organizational documents and the action of its governing authority dated _7-8-99_. The person signing this Agreement for Contractor has authority to execute this

Agreement on Contractor's behalf pursuant to the action of
Contractor's governing authority dated ___7-5-99___ .

3. Purpose

Contractor enters into this Agreement to assist the State of Oklahoma, acting through OHCA, in fulfilling its goal to provide health care to persons eligible under Medicaid.

Agreement

4. Medical supplies

(a) Contractor shall provide medical supplies to Medicaid recipients in keeping with sound professional practice, this Agreement, and law, and OHCA shall pay for such medical supplies as provided by OHCA's payment schedule, this Agreement, and law.

(b) The term "medical supplies" includes durable medical equipment, non-durable medical equipment, and consumable supplies but does not include drugs. The medical supplies covered by this Agreement shall not include medical supplies for a recipient covered by a Medicaid managed care program.

5. Practice

(a) In providing medical supplies pursuant to this Agreement, Contractor shall comply with the OHCA Medical Services Provider Manual, Oklahoma Administrative Code (OAC) subsection 317.30-1-1 et seq., as amended from time to time, with particular attention to (OAC) subsections 317:30-5-210 et seq., 317:30-3-57, 317:30-3-58, 317:30-5-41, 317:30-5-355.1, 317:30-5-545, 317:30-5-547, 317:30-5 548, 317:30-5-566, and 317:30-5-753. By executing this Agreement, Contractor acknowledges receipt of the manual.

(b) Contractor shall comply and certifies compliance with 45 CFR subsection 76.100 et seq., which provides that Contractor shall not use the services of any provider who has been suspended, debarred, or excluded from Medicaid, Medicare, or any other federal grant program, unless the provider has been reinstated pursuant to law, to perform any part of this Agreement. Violation of this paragraph shall immediately render this Agreement void, not just voidable.

(c) Contractor shall comply and certifies compliance with 42 USC subsection 1396a(a)(25)(D), which prohibits a Medicaid provider from refusing to furnish medical supplies to an individual eligible

to receive Medicaid-compensable medical supplies because of a third party's potential liability for payment for the medical supplies.

(d) In the provision of medical supplies, Contractor shall not discriminate on the basis of race, creed, color, gender, religion, disability, national origin, or status as a Medicaid recipient. If the recipient indicates Medicaid will be used to pay for medical supplies, this paragraph shall not prohibit Contractor from declining to provide medical supplies to a recipient whose Medicaid benefit is provided through a health maintenance organization on the grounds that recipient's HMO, acting through recipient's primary care physician or otherwise, has not pre-authorized the medical supplies.

(e) Contractor agrees Medicaid recipient information is confidential and shall not release such informatation to others except as provided by 42 USC subsection 1396a(a)(7), 42 CFR subsection 431.300 et seq., and 63 Okla. Stat. subsection 5018. Contractor shall not release Medicaid recipient information to persons other than the patient, the patient's legal guardian, minor patient's parent, or OCHA without the prior, written approval of OHCA. Contractor shall not release Medicaid recipient medical information to persons other than those previously stated in this paragraph, recipient's health maintenance organization, or other persons involved in the diagnosis or treatment of the patient without the prior written approval of OHCA.

(f) Contractor shall provide OHCA a photocopy of each license, certification, registration, and permit referred to in Section 2 of this Agreement when Contractor gives OHCA the executed copy of this Agreement. If law prohibits photocopying such document, Contractor shall provide OHCA with the document's (1) issuing authority's name, (2) issuing authority's address, (3) title, (4) registration number, and (5) issuance date, as well as the name of the entity or individual to whom the document is issued. Whether providing a photocopy or listing of information, Contractor shall also provide OHCA with a detailed description of any restriction applying to such license, certification, registration, or permit. Contractor shall notify OHCA of any change in license, certification, registration, or permit status within three business days of such change.

6. Claims and Payment

(a) In consideration for the provision of medical supplies pursuant to this Agreement, OHCA shall pay to Contractor sums as provided in

OAC subsection 317:30-5-218 or 317:30-5-547, whichever applies. Payment shall be made only for Medicaid-compensable medical supplies for a recipient who is not covered by a managed care plan. Contractor is responsible for determining patient's appropriate eligibility by contacting OHCA's Recipient Eligibility Verification System (REVS) at (800) 767-3949, (405) 840-0650, or any subsequent telephone number employed by REVS.

(b) In those instances when a claim is not required by OAC rule to be made on a Form HCFA 1500, Contractor shall submit claims for payment to the attention of the OHCA Contracts Unit in a format acceptable for payment by the Oklahoma Office of State Finance and shall include at a minimum (1) Contractor's Name, (2) Contractor's pay-to address, (3) invoice number, (4) description of medical supplies, (5) date(s) of provision of medical supplies, and (6) amount(s) billed.

(c) OHCA shall have forty-five days to pay a clean, valid claim. If OHCA fails to pay a claim within that time, Contractor shall have the right to interest upon the claim amount pursuant to 62 Okla. Stat. subsection 41.4b.

(d) Contractor shall have sixty days from the later of (1) the final date of provision of medical supplies under this Agreement or (2) the expiration of this Agreement to submit a claim for payment; however, no claim shall be paid if it is submitted more than one year after the date the medical supplies are provided. OHCA shall not be responsible to pay invoices submitted after these time limitations.

(e) Contractor certifies the information submitted on each claim, whether in paper or electronic medium, is true, accurate, and complete. Payment and satisfaction of claims shall be from state and federal funds. Any false claim, statement, or document or any concealment of material fact may be prosecuted under state or federal law.

(f) Contractor certifies that any medical supply for which Contractor makes a claim for payment was prescribed by the recipient's physician, suitable for use in the home, and was produced by Contractor. By accepting payment from OHCA, Contractor certifies medical supplies were provided as shown on the remittance advice provided by OHCA at the time of payment.

(g) Contractor shall not use a billing service to submit claims to OHCA unless a billing service agreement between OHCA and the billing

service is in effect. Contractor shall be responsible for claims submitted on its behalf by the billing service.

(h) Contractor shall not pay any percentage fees for collection or use the billing service or any other entity as a factor, as defined by 42 CFR subsection 447.10.

(i) Contractor shall accept payment from OHCA by direct deposit to Contractor's financial institution, and OHCA shall make payment in accordance with the direct deposit information supplied by Contractor. Contractor shall be responsible for the accuracy of direct deposit information provided to OHCA and for updating such information as needed.

(j) Pursuant to 42 CFR subsection 447.15, Contractor shall accept as full payment for medical supplies provided to a Medicaid recipient the payment as scheduled by OHCA for those medical supplies. Contractor shall not bill a Medicaid recipient for such medical supplies and shall not be relieved of this provision by choosing not to bill the Medicaid Program for the medical supplies. This provision shall not apply to co-payments allowed by OHCA or payment for non-covered medical supplies.

(k) If a third party is liable for Medicaid-compensable medical supplies, Contractor shall not collect any moneys from the Medicaid recipient or any financially responsible relative or representative of the recipient. This provision shall not apply to co-payment allowed by OHCA or payment for non-covered medical supplies. Contractor shall assist OHCA or its authorized agents in determining the liability of third parties.

(l) If insurance or similar resource other than Medicaid is available to pay for Medicaid-compensable medical supplies, Contractor shall bill such resource first. OHCA shall not pay until Contractor exhausts such resources.

(m) Contractor shall release any lien securing payment for any Medicaid-compensable medical supplies. This provision shall not affect the Contractor's ability to file a lien for non-covered medical supplies or OHCA-permitted co-payment.


7. Audit and Inspection


(a) Contractor shall keep such records as are necessary to disclose fully the kind and quantity of medical supplies provided to Medicaid recipients and shall furnish records and information

regarding any claim for providing such medical supplies to OHCA,
the Oklahoma Attorney General's Medicaid Fraud Control Unit
(MFCU), and the U.S. Secretary of Health and Human Services
(Secretary) for six years from the date of provision of the medical
supplies. Contractor shall not destroy or dispose of any record
that is under audit, review, or investigation when the six-year
limitation is met, and Contractor shall maintain such records until
informed in writing by the auditing, reviewing, or investigating
agency or officer that the audit, review, or investigation has been
completed.

(b) Authorized representatives of OHCA, MFCU, and the Secretary shall
have the right to make physical inspection of Contractor's offices
and facilities and to examine records relating to financial
statements or claims Contractor submits under this Agreement and
to audit Contractor's financial records as provided by 56 Okla.
Stat. subsection 222 and 42 CFR subsection 431.107.

(c) Pursuant to 74 Okla. Stat. subsection 85.41, OHCA and the Oklahoma
State Auditor and Inspector shall have the right to examine
Contractor's books, records, documents, accounting procedures,
accounting practices, or any other item relevant to this Agreement.

(d) Contractor shall provide OHCA with information concerning
Contractor's ownership in accordance with 42 CFR subsection 455.100
et seq. This Agreement shall not be effective until OHCA receives
this ownership information. Contractor shall provide ownership
information to OHCA at each agreement renewal and within twenty
calendar days of any change in ownership. Ownership information
is critical for determining whether a person with an ownership
interest has been convicted of a program-related crime under Titles
V, XVIII, XIX, or XX of the federal Social Security Act, 42 USC
subsection 301 et seq. Contractor shall also furnish ownership
information to OHCA upon its request.

(e) Contractor shall submit within thirty-five calendar days of a
request by OHCA, MFCU, or the Secretary all documents, as defined
by 12 Okla. Stat. subsection 3234, in its possession, custody, or
control concerning (1) the ownership of any subcontractor with
whom Contractor has had business transactions totaling more than
twenty-five thousand dollars during the twelve months preceding
the date of the request or (2) any significant business
transactions between Contractor and any wholly owned supplier
or between Contractor and any subcontractor during the five year
preceding the date of the request.

8. Laws Applicable

(a) The parties to this Agreement acknowledge and expect that over the term of this Agreement laws and regulations may change. Specifically, the parties acknowledge and expect (1) federal Medicaid statutes and regulations, (2) state Medicaid statutes and rules, and (3) state statutes and rules governing practice of health-care professions may change. Such changes shall bind the parties.

(b) Contractor shall comply and certifies compliance with:

   (1) Age Discrimination in Employment Act, 29 USC subsection 621 et seq.;

   (2) Rehabilitation Act, 29 USC subsection 701 et seq.;

   (3) Drug-Free Workplace Act, 41 USC subsection 701 et seq.;

   (4) Title XIX of the Social Security Act (Medicaid), 42 USC subsection 1396 et seq.;

   (5) Civil Rights Acts, 42 USC subsection 1971 et seq.;

   (6) Age Discrimination Act, 42 USC subsection 6101 et seq.;

   (7) Americans with Disablities Act, 42 USC subsection 12101 et seq.;

   (8) Oklahoma Worker's Compensation Act, 85 Okla. Stat. subsection 1 et seq.;

   (9) 31 USC subsection 1352 and 45 CFR subsection 93.100 et seq., which (i) prohibit Contractor's use of federal funds paid under this Agreement to lobby Congress or any federal official to enhance or protect moneys paid under this Agreement and (ii) require Contractor to disclose other moneys used for such lobbying.

   (10) 5 USC subsection 3501; 41 CFR subsection 741.1 et seq.; and Presidential Executive Orders 11141, 11246, and 11375, which together require certain federal contractors and subcontractors to institute affirmative action plans to ensure absence of discrimination for employment because of race, color, religion, gender or national origin;

   (11) 45 CFR subsections 76.105 and 76.110 concerning debarment, suspension, and other responsibility matters; and

(12) 74 Okla. Stat. subsection 85.44(B) and (C) and 45 CFR subsection 74.34 with regard to equipment, as defined by U.S. Office of Management and Budget Circular A-87, purchased with moneys received from OHCA pursuant to this Agreement.

(c) The explicit inclusion of some statutory and regulatory duties in this Agreement shall not exclude other statutory or regulatory duties not named specifically.

(d) All questions pertaining to validity, interpretation, and administration of this Agreement shall be determined in accordance with the laws of the State of Oklahoma, regardless of where any service is performed or good is purchased.

(e) The venue for civil or administrative actions arising from this Agreement shall be Oklahoma County, Oklahoma.

9. Termination

(a) If the Oklahoma Legislature or United States Congress ceases funding the Medicaid Program at any time during the term of this Agreement, the Agreement shall terminate immediately upon the effective date of such cessation.

(b) Either party may terminate this Agreement with or without cause by sending written notice to the other party. The notice must be (1) sent by certified mail, (2) received thirty days prior to termination, and (3) mailed to the non-instigating party's address as follows:

    Oklahoma Health Care Authority
    4545 North Lincoln Boulevard, Suite 124
    Oklahoma City, Oklahoma 73105
    Attention: Director of Provider Contracting

    _____
    _____
    _____
    Attention: _____

10. Other Provisions

(a) The written representations made in this memorialization of the Agreement constitute the sole basis of the parties' contractual relationship. No oral representation by any party relating to medical supplies covered by this Agreement shall be binding on

either party. Any amendment to this Agreement shall be in writing and signed by both parties, except those matters addressed in Paragraph 7(d). Address changes shall be in writing but shall not require the signature of the receiving party.

(b) If any provision of this Agreement is determined to be invalid for any reason, such invalidity shall not affect any other provision, and the invalid provision shall be wholly disregarded.

(c) Titles and subheadings used in this Agreement are provided solely for the reader's convenience and shall not be used to interpret any provision of this Agreement.

(d) Contractor shall not assign or transfer any rights or obligations under this Agreement without the prior written consent of OHCA.

(e) OHCA does not create and Contractor does not obtain any license by virtue of this Agreement. OHCA does not guarantee Contractor will receive any business, and Contractor does not obtain any property right or interest in any Medicaid recipient or business by this Agreement.

11. Term

(a) This Agreement shall be effective when (1) it is executed by OHCA, and Contractor, (2) it is received at the Oklahoma City offices of OHCA, and (3) ownership information required by Paragraph 7(a) is received at the Oklahoma City offices of OHCA.

(b) The term of this Agreement shall end at 12:00 midnight December 31, 20_01_. _M.C_ _7-16-99_

---

373A969084
~~H1679000I~~
Provider Number

7-8-99
Date

405-715-1705
Telephone Number

719 Evergreen
Edmond, OK 73003
Service Location Address

H Plus Medical Care LLC
Contractor Name
By:

_[signature]_
Signature

Darrell / President
Title

P.O. Box 1296
Edmond, OK 73083
Contractor "Pay To" Address

---

09/17/98  9  medical supplies

73-1496968
_____
Contractor Federal Employer Identification Number

                                    Oklahoma Health Care Authority
                                    By:

_____7-2-99_____      _____
Date                               Garth Splinter, MD
                                  Chief Executive Officer

_____
Date All Required and Executed Documents Received at OHCA

# STATE OF OKLAHOMA
## ELECTRONIC FUNDS TRANSFER AUTHORIZATION
### TREASURY OFFICE, ROOM 217 STATE CAPITOL, OKLAHOMA CITY OK 73105

When a Provider is already participating in direct deposit through Oklahoma Medicaid and is joining a group who is also participating in direct deposit through Oklahoma Medicaid, send a letter indicating effective date and the Medicaid number of the group. An EFT form is not required for all changes. Please complete this form.

1. NAME: _A Plus Medical Care, Inc_

2. MEDICAID PROVIDER NUMBER: _____

3. MEDICAID GROUP NUMBER: _____

[✓] New Enrollment
[ ] Change Bank, Correct Account or Bank Transit Number
[ ] Termination of Agreement

4. ADDRESS: _____

5. PREPARED BY: _____ PHONE NUMBER: _____

6. AGENCY NAME: (HCA) - MSD    AGENCY NUMBER: 807

7. FINANCIAL INSTITUTION: _Bank One of Oklahoma_

I hereby authorize the State of Oklahoma Treasury, hereinafter called Treasury, to initiate credit entries and to initiate, if necessary, an adjustment for any credit entries in error to my [ ] CHECKING or [✓] SAVINGS account indicated on voided check below and the financial institution named above, hereinafter called DEPOSITORY, to credit and/or debit the same to such account. This authority is to remain in full force and effect until Treasury has received written notification from this provider of its termination in such time and in such manner as to afford Treasury and depository a reasonable opportunity to act on it.

8. SIGNATURE: _[signed]_    DATE: _7-8-99_

**********IMPORTANT - IMPORTANT - IMPORTANT**********

FOR CHECKING ACCOUNTS, PLEASE ATTACH A VOIDED CHECK HERE

PLEASE ATTACH A VOIDED CHECK HERE, DEPOSIT SLIPS ARE ACCEPTED FOR SAVINGS ACCOUNT ONLY IF THE MICR LINE CONTAINS THE BANKING ABA NUMBER AND ACCOUNT (between these symbols |: .|: on the bottom of the check or deposit slip).

*************************************************

- PLEASE MAIL THE COMPLETED FORM TO:    UNISYS
                                        Attn: Provider Enrollment
                                        P.O. Box 54015
                                        Oklahoma City OK 73154

**Freedom Dorris**
Assistant Branch Manager

BANK ONE.

Bank One, Oklahoma, NA
Edmond West
OK1 4140
2307 West Edmond Road
Edmond OK 73003
Tel 405 715 7154
Fax 405 715 7160

FOR QUESTIONS PLEASE CALL.

0648

588 1

SAVINGS DEPOSIT

| H | CURRENCY | | |
|---|---|---|---|
| | COIN | | |
| | | | |
| | | | |
| FROM OTHER SIDE | | | |
| TOTAL | | | |
| CASH RECEIVED | | | |
| T DEPOSIT | | | |

USE OTHER SIDE FOR ADDITIONAL LISTING

BE SURE EACH ITEM IS PROPERLY ENDORSED

OUR RULES AND REGULATIONS APPLICABLE TO THIS ACCOUNT.

# AFFIDAVIT
(Required by 74 Okla. Stat. subsections 85.23 and 85.34(B))

STATE OF OKLAHOMA )
COUNTY OF Logan ) ss.

Michael L. Calloway SR. of lawful age, being first duly sworn on oath, says:

1. (S)he is the duly authorized agent of A Plus Medical Care Inc. the Contractor under the contract which is attached to this statement, for the purpose of certifying the facts pertaining to the giving of things of value to government personnel in order to procure said contract;

2. (S)he is full aware of the facts and circumstances surrounding the making of the contract to which this statement is attached and has been personally and directly involved in the proceedings leading to the procurement of said contract;

3. Neither the contractor nor anyone subject to the contractor's direction or control has paid, given, or donated or agreed to pay, give, or donate to any officer or employee of the State of Oklahoma any money or other thing of value either directly or indirectly, in procuring the contract to which this statement is attached; and

4. No person who has been involved in any manner in the development of the contract to which this statement is attached while employed by the State of Oklahoma shall be employed to fulfil any of the services provided for under said contract. This paragraph shall not preclude faculty and staff of institutions within the State System of Higher Education from negotiating and participating in research grants and educational contracts. This paragraph shall not apply to an agreement between the Oklahoma Health Care Authority and another agency of the State of Oklahoma.

_____
(Name/Title)

Subscribed and sworn to before me this 9th day of July, 1999.

(seal)

_____
Notary Public (or Clerk or Judge)

10/08/98                                                      Contract Affidavit

__73-1496968__
Contractor Federal Employer Identification Number

                                     Oklahoma Health Care Authority
                                     By:

---
Date                                       Garth Splinter, MD
                                     Chief Executive Officer

---
Date All Required and Executed Documents Received at OHCA

8. Laws Applicable

(a) The parties to this Agreement acknowledge and expect that over the term of this Agreement laws and regulations may change. Specifically, the parties acknowledge and expect (1) federal Medicaid statutes and regulations, (2) state Medicaid statutes and rules, and (3) state statutes and rules governing practice of health-care professions may change. Such changes shall bind the parties.

(b) Contractor shall comply and certifies compliance with:

  (1) Age Discrimination in Employment Act, 29 USC subsection 621 et seq.;

  (2) Rehabilitation Act, 29 USC subsection 701 et seq.;

  (3) Drug-Free Workplace Act, 41 USC subsection 701 et seq.;

  (4) Title XIX of the Social Security Act (Medicaid), 42 USC subsection 1396 et seq.;

  (5) Civil Rights Acts, 42 USC subsection 1971 et seq.;

  (6) Age Discrimination Act, 42 USC subsection 6101 et seq.;

  (7) Americans with Disablities Act, 42 USC subsection 12101 et seq.;

  (8) Oklahoma Worker's Compensation Act, 85 Okla. Stat. subsection 1 et seq.;

  (9) 31 USC subsection 1352 and 45 CFR subsection 93.100 et seq., which (i) prohibit Contractor's use of federal funds paid under this Agreement to lobby Congress or any federal official to enhance or protect moneys paid under this Agreement and (ii) require Contractor to disclose other moneys used for such lobbying.

  (10) 5 USC subsection 3501; 41 CFR subsection 741.1 et seq.; and Presidential Executive Orders 11141, 11246, and 11375, which together require certain federal contractors and subcontractors to institute affirmative action plans to ensure absence of discrimination for employment because of race, color, religion, gender or national origin;

  (11) 45 CFR subsections 76.105 and 76.110 concerning debarment, suspension, and other responsibility matters; and

service is in effect. Contractor shall be responsible for claims submitted on its behalf by the billing service.

(h) Contractor shall not pay any percentage fees for collection or use the billing service or any other entity as a factor, as defined by 42 CFR subsection 447.10.

(i) Contractor shall accept payment from OHCA by direct deposit to Contractor's financial institution, and OHCA shall make payment in accordance with the direct deposit information supplied by Contractor. Contractor shall be responsible for the accurancy of direct deposit information provided to OHCA and for updating such information as needed.

(j) Pursuant to 42 CFR subsection 447.15, Contractor shall accept as full payment for medical supplies provided to a Medicaid recipient the payment as scheduled by OHCA for those medical supplies. Contractor shall not bill a Medicaid recipient for such medical supplies and shall not be relieved of this provision by choosing not to bill the Medicaid Program for the medical supplies. This provision shall not apply to co-payments allowed by OHCA or payment for non-covered medical supplies.

(k) If a third party is liable for Medicaid-compensable medical supplies, Contractor shall not collect any moneys from the Medicaid recipient or any financially responsible relative or representative of the recipient. This provision shall not apply to co-payment allowed by OHCA or payment for non-covered medical supplies. Contractor shall assist OHCA or its authorized agents in determining the liability of third parties.

(l) If insurance or similar resource other than Medicaid is available to pay for Medicaid-compensable medical supplies, Contractor shall bill such resource first. OHCA shall not pay until Contractor exhausts such resources.

(m) Contractor shall release any lien securing payment for any Medicaid-compensable medical supplies. This provision shall not affect the Contractor's ability to file a lien for non-covered medical supplies or OHCA-permitted co-payment.

7. Audit and Inspection

(a) Contractor shall keep such records as are necessary to disclose fully the kind and quantity of medical supplies provided to Medicaid recipients and shall furnish records and information

to receive Medicaid-compensable medical supplies because of a third party's potential liability for payment for the medical supplies.

(d) In the provision of medical supplies, Contractor shall not discriminate on the basis of race, creed, color, gender, religion, disability, national origin, or status as a Medicaid recipient. If the recipient indicates Medicaid will be used to pay for medical supplies, this paragraph shall not prohibit Contractor from declining to provide medical supplies to a recipient whose Medicaid benefit is provided through a health maintenance organization on the grounds that recipient's HMO, acting through recipient's primary care physician or otherwise, has not pre-authorized the medical supplies.

(e) Contractor agrees Medicaid recipient information is confidential and shall not release such informatation to others except as provided by 42 USC subsection 1396a(a)(7), 42 CFR subsection 431.300 et seq., and 63 Okla. Stat. subsection 5018. Contractor shall not release Medicaid recipient information to persons other than the patient, the patient's legal guardian, minor patient's parent, or OCHA without the prior, written approval of OHCA. Contractor shall not release Medicaid recipient medical information to persons other than those previously stated in this paragraph, recipient's health maintenance organization, or other persons involved in the diagnosis or treatment of the patient without the prior written approval of OHCA.

(f) Contractor shall provide OHCA a photocopy of each license, certification, registration, and permit referred to in Section 2 of this Agreement when Contractor gives OHCA the executed copy of this Agreement. If law prohibits photocopying such document, Contractor shall provide OHCA with the document's (1) issuing authority's name, (2) issuing authority's address, (3) title, (4) registration number, and (5) issuance date, as well as the name of the entity or individual to whom the document is issued. Whether providing a photocopy or listing of information, Contractor shall also provide OHCA with a detailed description of any restriction applying to such license, certification, registration, or permit. Contractor shall notify OHCA of any change in license, certification, registration, or permit status within three business days of such change.

6. Claims and Payment

(a) In consideration for the provision of medical supplies pursuant to this Agreement, OHCA shall pay to Contractor sums as provided in

AGREEMENT
between
OKLAHOMA HEALTH CARE AUTHORITY
and
MEDICAL SUPPLIES PROVIDER

WITNESSETH:

In consideration of mutual promises made, the Oklahoma Health Care Authority (OHCA) and __A Plus Medical Care Inc.__ of
__Edmond, Oklahoma__ (Contractor) enter into this Agreement:
(Name)
(City, State)

RECITALS

1. OHCA Authority

(a) OHCA is the single state agency that the Oklahoma Legislature has designated through 63 Okla. Stat. subsection 5009(A) to administer Oklahoma's Medicaid Program. Under Medicaid, the state and federal governments share in the cost of providing health care to certain persons based upon criteria established by the state within the parameters of federal law.

(b) OHCA has authority to enter into this Agreement pursuant to 63 Okla. Stat. subsection 5006(A). OHCA's chief executive officer has authority to execute this agreement on OHCA's behalf pursuant to 63 Okla. Stat. subsection 5008(B).

2. Contractor Licenses and Permits

(a) Contractor (1) is a provider of medical supplies and (2) has all state, federal, tribal, and local licenses, certifications, registrations, and permits required of such a business. All such licenses, certifications, registrations, and permits shall be kept current during the term of this Agreement.

(b) All persons who practice a health-care profession in Contractor's employ or facility have all licenses, certifications, registrations, and permits for such practice as required by law.

(c) Contractor has authority to enter into this Agreement pursuant to its business entity organizational documents and the action of its governing authority dated __7-8-99__. The person signing this Agreement for Contractor has authority to execute this