MICHAEL FOGARTY
CHIEF EXECUTIVE OFFICER



BRAD HENRY
GOVERNOR

**STATE OF OKLAHOMA**
**OKLAHOMA HEALTH CARE AUTHORITY**

DECEMBER 01, 2004

Reply ATTN: Provider Enrollment
(405) 522-6205, option 5

A PLUS MEDICAL CARE INC
PO BOX 1296
EDMOND, OK 73083-0000

Provider ID: 100811670 A

Dear Provider:

A contract under programs administered by the Oklahoma Health Care Authority has been received and updated. Please see the current information below for this program and its updated expiration date.

*Program:* Medicaid
*Status:* Recertification Date
*Expiration Date:* 12/31/2007

Your continued participation in the programs is appreciated.

Sincerely,

Mike Fogarty
Chief Executive Officer
Oklahoma Health Care Authority.



EXHIBIT 1-B

LINCOLN PLAZA * 4545 N. LINCOLN BLVD., SUITE 124 * OKLAHOMA CITY, OK 73105-3413 * (405) 522-7300 * WWW.OHCA.STATE.OK.US
An Equal Opportunity Employer

**AGREEMENT
between
OKLAHOMA HEALTH CARE AUTHORITY
and
SUPPLIER OF
DURABLE MEDICAL EQUIPMENT AND/OR MEDICAL SUPPLIES
WITNESSETH:**

RECEIVED
PROVIDER ENROLLMENT
2004 NOV 18 AM 9 29

REV DATE/CI: _____
DE DATE/CI: *Qm 11/30/04*
VERIFIED/CI: _____

Based upon the following recitals, the Oklahoma Health Care Authority (OHCA hereafter) and *A Plus Medical Care* (PROVIDER hereafter) enter into this Agreement:
(Print Provider Name)

## ARTICLE I. PURPOSE

1.0 The purpose of this Agreement is for OHCA and PROVIDER to contract for the opportunity to provide durable medical equipment (DME hereafter) and medical supplies to Medicaid-eligible persons. PROVIDER desires to submit invoices for the DME and medical supplies under the Medicaid program without the necessity of certifying the contents of a statement before a notary public on each separate invoice.

## ARTICLE II. THE PARTIES

2.0 OKLAHOMA HEALTH CARE AUTHORITY

(a) OHCA is the single state agency that the Oklahoma Legislature has designated through 63 Okla. Stat. § 5009(B) to administer Oklahoma's Medicaid Program. Under Medicaid, the state and federal governments share in the cost of providing health care to certain indigent persons based upon criteria established by the state within the parameters of federal law.

(b) OHCA has authority to enter into this Agreement pursuant to 63 Okla. Stat. § 5006(A). OHCA's chief executive officer has authority to execute this Agreement on OHCA's behalf pursuant to 63 Okla. Stat. § 5008(B).

2.1 NAME *A Plus Medical Care* PROVIDER NUMBER *1008116 70 A*
(Print Provider Name) (10 Digit Provider ID)

(a) PROVIDER is a supplier of durable medical equipment and/or medical supplies and has all state, federal, tribal, and local licenses, certifications, registrations, and permits required of such a business. All such licenses, certifications, registrations, and permits shall be kept current during the term of this Agreement.

(b) "Durable medical equipment" (DME hereafter) is equipment, other than prosthetics, that can withstand repeated use, is primarily and customarily used to serve a medical purpose, is generally not useful to a person in the absence of an illness or injury, is to be used in the most appropriate setting, and is not disposable.

(c) "Medical supplies" consist of items that are not drugs, prosthetics, or durable medical equipment. Medical supplies are items that cannot withstand repeated use, are primarily and customarily used to serve a medical purpose, are generally not useful to a person in the absence of an illness or injury, and are disposable.

(d) If PROVIDER furnishes DME, PROVIDER and PROVIDER's employees who demonstrate DME meet the minimum training standards of the U.S. Secretary of Health and Human Services (Secretary hereafter) for such demonstration and shall continue to meet those standards during the term of this Agreement.

2.2 ADDRESSES

The parties agree that the mailing addresses for the parties to this Agreement are as follows:

Oklahoma Health Care Authority
Legal Division
Attention: Provider Enrollment
P.O. Box 54015
Oklahoma City, Oklahoma 73154

*H Plus Medical Care*
Name of PROVIDER
*P.O. Box 1296*
Mailing Address
*Edmond, OK 73034*
City, State, Zip Code

**ARTICLE III. TERM**

3.0 TERM OF THE CONTRACT

This Agreement shall be effective upon completion when; (1) it is executed by Provider, (2) it is received at the Oklahoma City offices of OHCA, and (3) all necessary documentation has been received and verified by OHCA. The terms of this Agreement shall expire at 12:00 midnight, December 31, 2007.

3.1 ASSIGNMENT

PROVIDER shall not assign or transfer any rights or obligations under this Agreement without OHCA's prior written consent.

**ARTICLE IV. SCOPE OF WORK**

4.0 GENERAL PROVISIONS.

(a) PROVIDER agrees to provide DME and/or medical supplies to Medicaid-eligible clients.

(b) PROVIDER agrees to abide by all restrictions on the provision of DME and/or medical supplies as expressed by the federal statutes and federal regulations, as well as Oklahoma Statutes and Oklahoma rules or the appropriate statutory and regulatory restrictions of the state where DME and/or medical supplies are provided.

(c) PROVIDER agrees to comply with all applicable Medicaid statues, regulations, policies, and properly promulgated rules of OHCA.

(d) PROVIDER agrees that the state has an obligation under 42 U.S.C. §1396a(25)(A) to ascertain the legal liability of third parties who are liable for the health care expenses of recipients under the care of PROVIDER. Because of this obligation, PROVIDER agrees to assist OHCA, or its authorized agents, in determining the liability of third parties.

(e) PROVIDER shall maintain all applicable licenses and provide DME and/or medical supplies to eligible Medicaid recipients pursuant to professional standards, including standards set by the Secretary, during the term of this contract. Should any of PROVIDER's applicable licenses be modified, suspended, revoked, or in any other way impaired, PROVIDER shall notify OHCA, within thirty days of such action. In the event PROVIDER's any of PROVIDER's applicable licenses is modified, PROVIDER shall abide by the terms of the modified license. In the event of suspension, revocation, or other action making it unlawful for PROVIDER to provide DME and/or medical supplies, this Agreement shall terminate immediately. A violation of this paragraph, at the time of execution or during any part of the term of this contract, shall render the contract immediately void.

(f) Provision of DME and/or medical supplies for purposes of this Agreement shall be limited to those items of DME and/or medical supplies within the scope of the Oklahoma Medicaid State Plan reflected by properly promulgated rules. To the extent that individual items of DME and/or medical supplies are not compensable products under the Oklahoma State Medicaid Program, the products may be provided but shall not be compensated by OHCA.

(g) PROVIDER shall develop and enforce policies and procedures in accordance with laws regarding communicable diseases. These policies and procedures shall include universal precautions, including precautions related to Human Immunodeficiency Virus (HIV) serologically positive patients, which equal or exceed such standards established by the U.S. Occupational Safety and Health Administration.

(h) PROVIDER shall fill orders from PROVIDER's own inventory or the inventory of other suppliers with which it has contracts to fill such orders or shall or shall fabricate or fit DME and/or medical supplies for sale from supplies it buys under a contract.

(i) PROVIDER shall oversee delivery of DME and/or medical supplies that PROVIDER ordered for the beneficiary. PROVIDER shall assure delivery of large items to the beneficiary.

(j) PROVIDER shall honor all warranties, express or implied, under applicable state law.

(k) PROVIDER shall answer questions or complaints that a beneficiary has about DME and/or medical supplies or use medical supplies that are sold and/or DME that is sold or rented to the beneficiary. If the beneficiary has questions about Medicaid, PROVIDER shall refer the beneficiary to OHCA.

(l) If PROVIDER furnishes DME, PROVIDER shall maintain and repair, directly or through a service contract with another entity, DME it rents to a beneficiary.

(m) PROVIDER shall accept return of substandard (less than full quality) or unsuitable (inappropriate for the beneficiary at the time it was fitted or sold) DME and/or medical supplies from the beneficiary.

(n) PROVIDER shall disclose consumer information to each Medicaid customer. Such information includes a copy of subparagraphs (h) through (p) of this paragraph.

(o) PROVIDER shall maintain appropriate liability insurance.

(p) PROVIDER shall render services in an appropriate physical location, which shall include barrier-free access if patients are required to go to PROVIDER's facility, adequate space for provision of direct services, and proper exit signs and a safe environment for patients if patients are required to go to PROVIDER's facility.

(q) PROVIDER shall maintain a record system.

    (i) The system shall be maintained in accordance with written policies and procedures, which shall be produced to OHCA's on-site reviewers upon request.

    (ii) PROVIDER shall designate a professional staff member to be responsible for maintaining the records and for ensuring they are completely and accurately documented, readily accessible, and systematically organized.

    (iii) Each patient's record shall include, as applicable and in addition to other items set forth herein, identification and social data, evidence of consent forms, pertinent medical history, assessment of patient's health status and health-care needs, brief summary of presenting episode and disposition, instructions to patient, report of physical examination, diagnostic and laboratory test results, consultative findings, all PROVIDER's and physician's orders, reports of treatments and medications, other pertinent information necessary to monitor the patient, and signatures of PROVIDER and other health-care professionals involved in patient's care.

(r) PROVIDER's provision of DME and/or medical supplies shall be pursuant to the prescription or direction of a physician duly licensed by the Oklahoma State Board of Medical Licensure and Supervision, the Oklahoma Board of Osteopathic Examiners, or the appropriate licensing body of the state where the physician is located.

(s) PROVIDER shall train staff in handling emergencies to ensure patient safety.

(t) PROVIDER shall have a written preventive maintenance program to ensure all essential mechanical, electrical, and patient-care equipment is maintained in a safe operating condition.

4.1 PAYMENT

(a) OHCA shall pay PROVIDER for DME and/or medical supplies within the scope of OHCA's programs on a published statewide rate based on the Medicare-established rates.

(b) PROVIDER agrees and understands that payment cannot be made by OHCA to vendors providing DME and/or medical supplies under federally assisted programs unless DME and/or medical supplies are provided without discrimination on the grounds of race, color, religion, sex, national origin or handicap.

(c) PROVIDER agrees to accept payment by direct deposit and by accepting such payment certifies that the DME and/or medical supplies submitted for payment was provided.

(d) Pursuant to 42 CFR § 447.15, payments made by OHCA shall be considered payment in full for all covered DME and/or medical supplies provided to a Medicaid recipient. PROVIDER shall not bill a Medicaid recipient for such DME and/or medical supplies and shall not be relieved of this provision by electing not to bill OHCA for the DME and/or medical supplies. This provision shall not apply to co-payments allowed by OHCA.

(e) Satisfaction of all claims will be from federal and state funds. Any false claims, statements, or documents, or any concealment of a material fact may be prosecuted under applicable federal or state laws.

(f) PROVIDER certifies that the DME and/or medical supplies for which payment is billed by or on behalf of PROVIDER was medically indicated for the health of the patient by patient's physician and were supplied by PROVIDER.

4.2 BILLING PROCEDURES

(a) Prior to submitting claims to OHCA via a billing service, PROVIDER agrees that written authorization for that service to bill for PROVIDER shall be on file with OHCA's claims payment agent. Prior to the year 2003, such agent will be Unisys. After January 1, 2003, the agent will be EDS.

(b) PROVIDER agrees all claims shall be submitted to OHCA in a format acceptable to OHCA.

(c) If PROVIDER enters into a billing service Agreement, PROVIDER shall be responsible for the accuracy and integrity of all claims submitted on PROVIDER's behalf by the billing service.

(d) PROVIDER shall not pay any percentage fees for collection services or use the billing service or any other entity as a factor, as defined by 42 CFR § 447.10.

(e) PROVIDER shall release any lien securing payment for any Medicaid-compensable DME and/or medical supplies. This provision shall not affect PROVIDER's ability to file a lien for non-covered DME and/or medical supplies or OHCA-permitted co-payment.

(f) PROVIDER is responsible for determining a patient's appropriate eligibility by contacting OHCA's Recipient Eligibility Verification System (REVS).

**ARTICLE V. LAWS APPLICABLE**

5.0 The parties to this Agreement acknowledge and expect that over the term of this Agreement laws may change. Specifically, the parties acknowledge and expect (i) federal Medicaid statutes and regulations, (ii) state Medicaid statutes and rules, (iii) state statutes and rules governing practice of health-care professions, and (iv) any other laws cited in this contract may change. The parties shall be mutually bound by such changes.

5.1   PROVIDER shall comply with and certifies compliance with:

   (a)   Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq.;

   (b)   Rehabilitation Act, 29 U.S.C. § 701 et seq.;

   (c)   Drug-Free Workplace Act, 41 U.S.C. § 701 et seq.;

   (d)   Title XIX of the Social Security Act (Medicaid), 42 U.S.C. § 1396 et seq.;

   (e)   Civil Rights Act, 42 U.S.C. §§ 2000d et seq. and 2000e et seq.;

   (f)   Age Discrimination Act, 42 U.S.C. § 6101 et seq.;

   (g)   Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.;

   (h)   Oklahoma Worker's Compensation Act, 85 O.S. § 1 et seq.;

   (i)   31 U.S.C. § 1352 and 45 C.F.R. § 93.100 et seq., which (1) prohibits the use of federal funds paid under this Agreement to lobby Congress or any federal official to enhance or protect the monies paid under this Agreement and (2) requires disclosures to be made if other monies are used for such lobbying; and;

   (j)   Presidential Executive Orders 11141, 11246 and 11375 at 5 U.S.C. § 3501and as supplemented in Department of Labor regulations 41 C.F.R. §§ 741.1-741.84, which together require certain federal contractors and subcontractors to institute affirmative action plans to ensure absence of discrimination for employment because of race, color, religion, sex, or national origin;

   (k)   The Federal Privacy Regulations and the Federal Security Regulations as contained in 45 C.F.R. Part 160 et seq. that are applicable to such party as mandated by the Health Insurance and Portability Accounting Act of (HIPPA), Public Law 104-191, 110 Stat. 1936, and HIPAA regulations at 45 C.F.R. § 160.101 et seq.;

   (l)   Vietnam Era Veterans' Readjustment Assistance Act, Public Law 93-508, 88 Stat. 1578;

   (m)   Protective Services for Vulnerable Adults Act, 43A Okla. Stat. § 10-101 et seq.;

5.2   PROVIDER certifies that it complies with 45 C.F.R. §§76.105 and 76.110, Debarment, Suspension and other Responsibility Matters.

5.3   With regard to equipment (as defined by O.M.B. Circular A-87) purchased with monies received from OHCA pursuant to this Agreement, PROVIDER agrees to comply with 74 Okla. Stat. §§ 85.44(B) and (C) and 45 C.F.R. §74.34.

5.4   The explicit inclusion of some statutory and regulatory duties in this Agreement shall not exclude other statutory or regulatory duties.

5.5   All questions pertaining to validity, interpretation, and administration of this Agreement shall be determined in accordance with the laws of the State of Oklahoma, regardless of where any service is performed or product is provided.

5.6    The venue for legal actions arising from this Agreement shall be in the District Court of Oklahoma County, State of Oklahoma.

**ARTICLE VI.  AUDIT AND INSPECTION**

6.0    PROVIDER shall keep such records as are necessary to disclose fully the extent of DME provided to Medicaid recipients and shall furnish records and information regarding any claim for providing such DME to OHCA, the Oklahoma Attorney General's Medicaid Fraud Control Unit (MFCU hereafter), and the Secretary for six years from the date of provision. PROVIDER shall not destroy or dispose of records, which are under audit, review or investigation when the six-year limitation is met. PROVIDER shall maintain such records until informed in writing by the auditing, reviewing or investigating agency that the audit, review or investigation is complete.

6.1    Authorized representatives of OHCA, MFCU, and the Secretary shall have the right to make physical inspection of PROVIDER's place of business and to examine records relating to financial statements or claims submitted by PROVIDER under this Agreement and to audit PROVIDER's financial records as provided by 42 C.F.R. § 431.107.

6.2    Pursuant to 74 Okla. Stat. § 85.41, OHCA and the Oklahoma State Auditor and Inspector shall have the right to examine PROVIDER's books, records, documents, accounting procedures, practices, or any other items relevant to this Agreement.

6.3    PROVIDER shall provide OHCA with information concerning PROVIDER's ownership in accordance with 42 C.F.R. § 455.100 et. seq. This Agreement shall not be effective until OHCA receives the ownership information requested in the Disclosure of Ownership and Controlling Interest Form which is attached to and made part of this Agreement. Ownership information shall be provided to OHCA at each Agreement renewal and within twenty days of any change in ownership. Ownership information is critical for determining whether a person with an ownership interest has been convicted of a program- crime under Titles V, XVIII, XIX, XX and XXI of the federal Social Security Act, 42 U.S.C. § 301 et seq. PROVIDER shall also furnish ownership information to OHCA upon request.

6.4    PROVIDER shall submit, within thirty-five days of a request by OHCA, MFCU, or the Secretary, all documents, as defined by 12  Okla. Stat. § 3234, in its possession, custody, or control concerning (i) the ownership of any subcontractor with whom PROVIDER has had business transactions totaling more than twenty-five thousand dollars during the twelve months preceding the date of the request, or (ii) any significant business transactions between PROVIDER and any wholly owned supplier or between PROVIDER and any subcontractor during the five years preceding the date of the request.

**ARTICLE VII. CONFIDENTIALITY**

7.0    PROVIDER agrees that Medicaid recipient information is confidential pursuant to 42 U.S.C. § 1396a(7), 42 C.F.R. § 431:300-306, and 63  Okla. Stat. § 5018. PROVIDER shall not release the information governed by these Medicaid requirements to any entity or person without proper authorization or OHCA's permission.

7.1    PROVIDER shall have written policies and procedures governing the use and removal of patient records from PROVIDER's facility. The patient's written consent shall be required for release of information not authorized by law, which consent shall not be required for state and federal Medicaid personnel working with records of Medicaid patients.

## ARTICLE VIII. TERMINATION

8.0   The parties may terminate this Agreement by three methods. (i) Either party may terminate this Agreement for cause with a thirty-day written notice to the other party; (ii) either party may terminate this Agreement without cause with a sixty-day written notice to the other party; or (iii) OHCA may terminate the contract immediately to protect the health and safety of Medicaid recipients, upon evidence of fraud, or pursuant to Paragraph 4.0(e) above.

8.1   If the Oklahoma Legislature or United States Congress ceases funding the Medicaid Program at any time during the term of this Agreement, the Agreement shall terminate immediately upon the effective date of such cessation.

## ARTICLE IX. OTHER PROVISIONS

9.0   The representations made in this memorialization of the Agreement constitute the sole basis of the parties' contractual relationship. Attachments to this Agreement which are made part of the Agreement are (i) PROVIDER's Affidavit, (ii) Disclosure of Ownership and Controlling Interest Form, (iii) Electronic Funds Transfer Authorization, and (iv) Questionnaire. No oral representation by either party relating to DME covered by this Agreement shall be binding on either party. Any amendment to this Agreement shall be in writing and signed by both parties, except those matters addressed in Paragraph 2.2. Address changes shall be in writing but shall not require the signature of the receiving party.

9.1   If any provision of this Agreement is determined to be invalid for any reason, such invalidity shall not affect any other provision, and the invalid provision shall be wholly disregarded.

9.2   Titles and subheadings used in this Agreement are provided solely for the reader's convenience and shall not be used to interpret any provision of this Agreement.

9.3   OHCA does not create and PROVIDER does not obtain any license by virtue of this Agreement. OHCA does not guarantee PROVIDER will receive any customers, and PROVIDER does not obtain any property right or interest in any Medicaid recipient business by this Agreement.

_73-1496968_
Provider's FEIN (Federal Employer Identification Number)

_MICHAEL CALLOWAY SR._
Print Authorized Representative's Name

_[signature]_
Authorized Representative's Signature

_NOVEMBER 15, 2004_
Date

Oklahoma Health Care Authority

# AFFIDAVIT
[Required by 74 Okla. Stat. §§ 85.23 and 85.43 (B)]

STATE OF _Oklahoma_ )
) ss.
COUNTY OF _Oklahoma_ )

_Michael Calloway Jr._ of lawful age, being first duly sworn on oath says:
(Print Authorized Representative's Name)

1. He/She is the duly authorized agent of the contractor under the contract which is attached to this statement, for the purpose of certifying the facts pertaining to the giving of things of value to government personnel in order to procure said contract;

2. He/She is fully aware of the facts and circumstances surrounding the making of the contract to which this statement is attached and has been personally and directly involved in the proceedings leading to the procurement of said contract;

3. Neither the contractor nor anyone subject to the contract's direction or control has paid, given, or donated or agreed to pay, give or donate to any officer or employee of the State of Oklahoma any money or other thing of value either directly or indirectly, in procuring the contract to which this statement is attached; and

4. No person who has been involved in any manner in the development of the contract to which this statement is attached while employed by the State of Oklahoma shall be employed to fulfill any of the services provided for under said contract. This paragraph shall not preclude faculty and staff of institutions within the State system of Higher Education from negotiating and participating in research grants and educational contracts. This paragraph shall not apply to an agreement between the Oklahoma Health Care Authority and another agency of the State of Oklahoma.

_____
Authorized Representative's *Signature*

Subscribed and sworn before me this _15th_ day of _November_, 20 _04_

( Seal )    _Teresa L Hemill_
            Notary Public (or Clerk or Judge)

            COMMISSION #01013897
            EXPIRES 09-22-2005

Revised 04/17/03

# Instructions and General Information Pertaining to Disclosure of Ownership and Control Interest Statement

***PRIVACY ACT STATEMENT: THIS PROVIDES INFORMATION AS REQUIRED BY THE PRIVACY ACT OF 1974.***

The primary use of the Disclosure of Ownership and Controlling Interest Form is to facilitate tracking of providers sanctioned by the Oklahoma Health Care Authority (OHCA) and/or the Department of Health and Human Services (DHHS), Office of Inspector General. Payment cannot be made to any entity in which these providers serve as employees, administrators, operators, or in any other capacity. Payment will not be made for any services furnished by, at the medical direction of, or on the prescription of the provider on or after the effective date of exclusion. A list of Excluded Providers is available on the OHCA web site. We believe this will assist participating providers in their efforts to ensure that they do not do business with parties currently excluded from participation in federal and state health care programs.

Completion and submission of this form is a condition of participation, certification or re-certification under any of the programs established by Titles V, XVIII, and XX or as a condition of approval or renewal of a contractor agreement between the disclosing entity and the appropriate state agency under any of the above-titled programs. A full and accurate disclosure of ownership and financial interest is required. Direct or indirect ownership interest must be reported if it equates to an ownership interest of 5 percent or more in the disclosing entity. Failure to submit requested information may result in a refusal by the State agency to enter into a contract with any such institution or in termination of existing contracts.

## GENERAL INSTRUCTIONS

Please answer all questions as of the current date. If additional space is needed, use an attached sheet referencing the item number to be continued.

## DETAILED INSTRUCTIONS

These instructions are designed to clarify certain questions on the form. Instructions are listed in order of question for easy reference.

IT IS ESSENTIAL THAT ALL APPLICABLE QUESTIONS BE ANSWERED ACCURATELY AND THAT ALL INFORMATION BE CURRENT.

**ITEM I**
(a) Identifying Information: Specify name.
(b) Specify in what capacity the entity is doing business. For example: The name of trade or corporation under which they are doing business).
(c) Federal Tax Identification Number: Enter provider's nine-digit federal tax identification number.
(d) Check the entity type that best describes the structure of your organization.
(e) If your organization is chain affiliated you must complete Item II (a).

A chain affiliate is any freestanding health care facility that is either owned, controlled or operated under lease or contract by an organization consisting of two or more freestanding health care facilities organized within or across State lines which is under the ownership or through any other device, control and direction of a common party. Chain affiliates include such facilities whether public, private, charitable or proprietary. They also include subsidiary organizations and holding corporations. Provider-based facilities such as hospital-based home health agencies are not considered to be chain affiliates. List the name, address and FEIN of the Corporation.

**ITEM II** (a) List the name, title, address and social security number of an individual or the TIN for an organization having direct or indirect ownership or controlling interest, separately or in combination, amounting to an ownership interest of 5 percent or more in the disclosing entity (provider) submitting this Provider Contract.

Direct ownership interest is defined as the possession of stock, equity in capital or any interest in the profits of the disclosing entity.

# Instructions and General Information Pertaining to Disclosure of Ownership and Control Interest Statement

Disclosing entity is defined as a Medicaid provider (other than an individual practitioner or group of practitioners), or a fiscal agent.

Indirect ownership interest is defined as ownership interest in an entity that has direct or indirect ownership interest in the disclosing entity. The amount of indirect ownership in the disclosing entity that is held by any other entity is determined by multiplying the percentage of ownership interest at each level. For example, if A owns 10 percent of the stock in a corporation that owns 80 percent of the stock of the disclosing entity, A's interest equates to an 8 percent indirect ownership and must be reported. Conversely, if B owns 80 percent of the stock of a corporation that owns 5 percent of the stock of the disclosing entity, B's interest equates to a 4 percent indirect ownership interest in the disclosing entity and need not be reported.

Controlling interest is defined as the operational direction or management of a disclosing entity which may be maintained by any or all of the following devices; the ability or authority, expressed or reserved to amend or change the corporate identity (i.e., joint venture agreement, unincorporated business status) of the disclosing entity; the ability or authority to nominate or name members of the Board of Directors or Trustees of the disclosing entity; the ability or authority, expressed or reserved to amend or change the by-laws, constitution or other operating or management direction of the disclosing entity; the right to control any or all of the assets or other property of the disclosing entity upon the sale or dissolution of that entity; the ability or authority, expressed or reserved to control the sale of any or all of the assets to encumber such assets by way of mortgage or other indebtedness, to dissolve the entity or to arrange for the sale or transfer of the disclosing entity to new ownership or control. In order to determine percentage of ownership, mortgage, deed of trust, note, or other obligation, the percentage of interest owned in the obligation is multiplied by the percentage of the disclosing entity's assets used to secure the obligation. For example, if A owns 10 percent of a note secured by 60 percent of the provider's assets, A's interest in the provider's assets equates to 6 percent and must be reported. Conversely, if B owns 40 percent of a note secured by 10 percent of the provider's assets, B's interest in the provider's assets equates to 4 percent and need not be reported.

(b) List those persons named in Item II (a) that are related to each other (spouse, parent, child, or sibling).

(c) List the name, title, address and social security number of each person with an ownership or controlling interest in any subcontractor in which the disclosing entity has direct or indirect ownership of 5 percent or more.

Subcontractor means an individual, agency, or organization to which a disclosing entity has contracted or delegated part of its management functions or responsibilities of providing medical care to its patients; or an individual, agency, or organization with which a fiscal agent has entered into a contract, agreement, purchase order, or lease (or leases of real property) to obtain space, supplies, equipment, or services provided under the Medicaid agreement.

(d) List the name, address and TIN of any other disclosing entity in which a person with an ownership or controlling interest in the disclosing entity also has an ownership or control interest of at least 5 percent or more.

Other disclosing entity means any other Medicaid disclosing entity and any entity that does not participate in Medicaid, but is required to disclose certain ownership and control information because of participation in any title V, XVIII, or XX of the Act. This includes hospitals, skilled nursing facilities, home health agencies, independent clinical laboratories, renal disease facilities, rural health clinics, or health maintenance organizations that participate in Medicare (title XVIII) and any entity (other than an individual practitioner or group of practitioners) that furnishes or arranges for the furnishing of health related services for which it claims payment under any plan or program established under title V or title XX of the Act.

# Instructions and General Information
# Pertaining to
# Disclosure of Ownership and Control Interest Statement

<u>Group of Practitioners</u> means two or more health care practitioners who practice their profession at a common location (whether or not hey share common facilities, common supporting staff, or common equipment).

**ITEM III** (a) List the name, title, address and SSN (TIN if an organization) of all individuals or organizations having a direct or indirect ownership or control interest of five (5) percent or more that was convicted of a criminal offense related to the involvement of such persons or organizations in any of the programs established under Medicare, Medicaid or the Title XX services program since the inception of those programs.

(b) List the name, title and address of any director, officer, agent, or managing employee of the institution, agency or organization who has been convicted of a criminal offense related to their involvement in such programs established by Titles VXIII, XIX, or XX.

<u>Agent</u> means a contractor that processes or pays vendor claims on behalf of the Medicaid Agency.

<u>Managing employee</u> means a general manager, business manager, administrator, director, or other individual who exercises operational or managerial control over, or who directly or indirectly conducts the day-to-day operation of an institution, organization, or agency.

(c) List the name, title, address and SSN of any person who has an ownership or controlling interest in the disclosing entity and has been suspended or debarred from participation in the Medicare, Medicaid or the Title XX program since the inception of those programs.

**ITEM IV** (a) If there has been a change in ownership within the last year, or a change is anticipated, indicate the date in the appropriate space.

(b) If this facility is operated by a management company or leased in whole or part by another organization, list the name or the management firm and federal tax identification number or the leasing organization.

<u>Management company</u> is defined any organization that operates and names a business on behalf of the owner of that business with the owner retaining ultimate legal responsibility for operation of the facility.

(c) If you have increased your bed capacity by 10% or more or by 10 beds, whichever is greater within the last year, list the actual number of beds in the facility now and the previous number.

(d) Identify which has changed (Administrator, Medical Director or Director of Nursing) and the date the change was made. Be sure to include the name of the NEW administrator, Director of Nursing or Medical Director.

(e) List the date of any bankruptcy, if applicable.

**ITEM V** List the name, address and social security number of each member of the Board of Directors of the disclosing entity.

08/10/01   This form similar to HCFA-1513

Oklahoma Health Care Authority

# DISCLOSURE OF OWNERSHIP
# AND
# CONTROL INTEREST STATEMENT

## Item I. Identifying Information

(a) Name of Individual, Facility or Organization: _Michael Calloway A Plus Medical Care_

(b) DBA Name: _A Plus Medical Care_

(c) Federal Tax Identification Number (TIN) or Social Security Number: _73-1496968_

(d) Check the entity type that best describes the structure of the enrolling provider entity. Check **only one** box.

☐ For-profit Corporation ☐ Non-Profit Corporation ☐ Partnership ☐ Government Owned ☒ Sole Proprietorship

(e) Is this entity chain affiliated? ☒ No ☐ Yes

## Item II. Ownership and Control Information

(a) List the name, title, address, and *SSN* for each officer and/or individual who has direct or indirect ownership or controlling interest, separately or in combination, amounting to an ownership interest of 5% or more of the provider entity. List the name, *Tax ID (TIN)*, and address of any organization, corporation, or entity having direct or indirect ownership or controlling interest, separately or in combination, amounting to an ownership interest of 5% or more in the provider entity. Attach additional pages as necessary to list all officers, owners, management and ownership entities.

| Name | Title | Address | SSN/TIN | Percentage |
|---|---|---|---|---|
| Michael Calloway | Own/Pres | P.O. Box 1296 · Edmond, OK 73034 | 73-1496968 | 100% |

(b) List those persons named in Item II (a) that are related to each other (spouse, parent, child, or sibling).

| Name | Relationship | SSN |
|---|---|---|

(c) List the name, title, address and social security number of each person with an ownership or control interest *in any* subcontractor in which the disclosing entity has direct or indirect ownership of 5 percent or more.

| Name | Title | Address | SSN | Percentage |
|---|---|---|---|---|

(d) List the name, address and TIN of *any other disclosing entity* in which a person with an ownership or controlling interest in the disclosing entity also has an ownership or control interest of at least 5% or more.

| Name | Address | TIN | Percentage |
|---|---|---|---|

1 of 3

Revised 08/10/01                                                          Form Similar to HCFA-1513

Oklahoma Health Care Authority

# DISCLOSURE OF OWNERSHIP
# AND
# CONTROL INTEREST STATEMENT

### Item III. Criminal Offenses

(a) List the name, title, SSN and address of each officer and/or individual *who has ownership or control interest in the disclosing entity, or is an agent or managing employee of the disclosing entity* and has been convicted of a criminal offense related to that person's involvement in any program under Medicare, Medicaid or the Title XX services program since the inception of those programs.

| Name | Title | Address | SSN (or TIN if organization) |
|---|---|---|---|
| NONE | | | |

(b) List the name, title, social security number and address of any individual who has an ownership or controlling interest in the disclosing entity and has been suspended or debarred from participation in Medicare, Medicaid or Title XX program since the inception of those programs.

| Name | Title | Address | SSN |
|---|---|---|---|
| NONE | | | |

### Item IV. Status Changes

(a) Has there been a change in ownership or control within the last year or is a change of ownership or control anticipated within the year?  ☒ No   ☐ Yes

(b) Is this facility operated by a management company or leased in whole or party by another organization?
☒ No   ☐ Yes

*If "yes, list date of change in operations:* _____

(c) Have you increased your bed capacity by 10% or more or by 10 beds, whichever is greater, within the last year?
If "yes, when? __N/A__
Previous No. of Beds _____  Current # of Beds _____  Date of change _____

(d) Has there been a change in Administrator, Director of Nursing or Medical Director within the last year? *If "yes", please check box below and list date.*
☐ Administrator   ☐ Director of Nursing   ☐ Medical Director   Date: __N/A__

Name of new Administrator, Director of Nursing or Medical Director: _____

(e) Has there been a past bankruptcy or do you anticipate filing for bankruptcy within a year?   No ☒   ☐ Yes

*If "yes", when?* _____

Oklahoma Health Care Authority

# DISCLOSURE OF OWNERSHIP
# AND
# CONTROL INTEREST STATEMENT

| Item V. Board of Directors | | | |
|---|---|---|---|
| List the name, title, social security number, and address of each of the Board of Directors of the disclosing entity | | | |
| Name | Title | Address | SSN |
| NONE | | | |

Revised 08/10/01        Form Similar to HCFA-1513