MICHAEL FOGARTY
CHIEF EXECUTIVE OFFICER



BRAD HENRY
GOVERNOR

**STATE OF OKLAHOMA**
**OKLAHOMA HEALTH CARE AUTHORITY**

DECEMBER 20, 2007

Reply ATTN: Provider Enrollment
(405) 522–6205, option 5

A PLUS MEDICAL CARE OF OKLAHOMA INC
PO BOX 1990
EDMOND, OK 73034–0000

Provider ID: 100811670 A
NPI: 1538273602

Dear Provider:

A contract under programs administered by the Oklahoma Health Care Authority has been
received and updated. Please see the current information below for this program and its
updated expiration date.

*Program:* Medicaid
*Status:* Recertification Date
*Panel:* N/A
*Expiration Date:* 01/31/2011

Your continued participation in the programs is appreciated.

Sincerely,

Mike Fogarty
Chief Executive Officer
Oklahoma Health Care Authority.

EXHIBIT
1-C

DEC 04 2007

NOV 19 2007

OHCA

OHCA

## SOONERCARE
## DURABLE MEDICAL EQUIPMENT AND/OR MEDICAL SUPPLIES PROVIDER AGREEMENT

Based upon the following recitals, the Oklahoma Health Care Authority (OHCA hereafter) and _A Plus Medical Care of Ok_ (PROVIDER hereafter) enter into this Agreement: _100 811670 A_

*(Print Provider's Name)*      *(Provider Number)*

### ARTICLE I. PURPOSE
The purpose of this Agreement is for OHCA and PROVIDER to contract for the opportunity to provide durable medical equipment (DME hereafter) and medical supplies to members in Oklahoma Medicaid, known as SoonerCare, programs.

### ARTICLE II. PARTIES AND DEFINITIONS
**2.1**    **Oklahoma Health Care Authority**
    (a)    OHCA is the single state agency that the Oklahoma Legislature has designated through 63 Oklahoma Statutes (OS) § 5009(B) to administer Oklahoma's Medicaid program, known as SoonerCare.
    (b)    OHCA has authority to enter into this Agreement pursuant to 63 OS § 5006(A). OHCA's Chief Executive Officer has authority to execute this Agreement on OHCA's behalf pursuant to 63 OS § 5008(B).

**2.2**    **PROVIDER**
    (a)    PROVIDER is a supplier of durable medical equipment and/or medical supplies and has all state, federal, tribal, and local licenses, certifications, registrations, and permits required of such a business. All such licenses, certifications, registrations, and permits shall be kept current during the term of this Agreement.
    (b)    If PROVIDER furnishes DME, PROVIDER and PROVIDER's employees who demonstrate DME meet the minimum training standards of the U.S. Secretary of Health and Human Services (Secretary hereafter) for such demonstration and shall continue to meet those standards during the term of this Agreement.

**2.3**    The parties agree that the mailing addresses for the parties to this Agreement are as follows:

Oklahoma Health Care Authority
Legal Division
Attention: Provider Contracting
P.O. Box 54015
Oklahoma City, Oklahoma 73154

_A Plus Medical Care of Ok. Inc_
Provider Mailing Address
_P.O. Box 1990_
_Edmond OK 73034_
City, State, Zip Code

**2.4**    **DEFINITIONS**
    "Durable medical equipment" and "medical supplies" are defined in OHCA Rules, Oklahoma Administrative Code (OAC) 317:30-5-211.1.
    (a)    "Durable medical equipment" (DME hereafter) is equipment, other than prosthetics, that can withstand repeated use, is primarily and customarily used to serve a medical purpose, is generally not useful to a person in the absence of an illness or injury, is to be used in the most appropriate setting, and is not disposable.
    (b)    "Medical supplies" consist of items that are not drugs, prosthetics, or durable medical equipment. Medical supplies are items that cannot withstand repeated use, are primarily and customarily used to serve a medical purpose, are generally not useful to a person in the absence of an illness or injury, and are disposable.

### ARTICLE III. TERM
**3.1**    This Agreement shall be effective upon completion when; (1) it is executed by Provider, (2) it is received at the Oklahoma City offices of OHCA, and (3) all necessary documentation has been received and verified by OHCA. The term of this Agreement shall expire January 31, 2011.
**3.2**    PROVIDER shall not assign or transfer any rights, duties, or obligations under this Agreement without OHCA's prior written consent except as otherwise provided in this Agreement.

## ARTICLE IV. SCOPE OF WORK

### 4.1 PROVIDER agrees:

(a) To provide DME services and/or medical supplies pursuant to professional standards to SoonerCare members including standards set by the Secretary during the term of this Agreement;

(b) To abide by all restrictions on the provision of DME and/or medical supplies as expressed by the federal statutes and federal regulations, as well as Oklahoma Statutes and Oklahoma rules or the appropriate statutory and regulatory restrictions of the state where DME and/or medical supplies are provided;

(c) To maintain a primary business telephone number listed under the name of the business in a local directory or a toll free number available through directory assistance. The exclusive use of a beeper or answering machine does not meet this requirement;

(d) To oversee delivery of DME and/or medical supplies that PROVIDER ordered for the beneficiary, including assuring delivery of large items to the beneficiary. PROVIDER must instruct members on use of SoonerCare covered items and maintain proof of specific items delivered;

(e) To honor all warranties, express or implied, under applicable state law;

(f) To answer questions or complaints that a member has about DME and/or medical supplies that are sold and/or DME rented to the member. If the member has questions about SoonerCare, PROVIDER shall refer the member to OHCA.

(g) To establish and maintain a complaint resolution protocol to address member complaints. PROVIDER must notify SoonerCare members that there is a complaint resolution process. A record of these complaints must be maintained at the physical facility. Complaint records must include: the name, address, telephone number, recipient ID number if applicable, and health insurance claim number (ICN) of the member, a summary of the complaint, and any actions taken regarding the complaint;

(h) To not initiate telephone contact with members in order to solicit new business;

(i) If PROVIDER furnishes DME to maintain and repair, directly or through a service contract with another entity, DME it rents to a beneficiary;

(j) To accept return of substandard (less than full quality) or unsuitable (inappropriate for the member at the time it was fitted or sold) DME and/or medical supplies from the member;

(k) To provide written information to each member served that includes the provisions shown as (c) through (j) above;

(l) To comply with all applicable statutes, regulations, policies, and properly promulgated rules of OHCA;

(m) That the state has an obligation under 42 United States Code (USC) §1396a(a)(25)(A) to ascertain the legal liability of third parties who are liable for the health care expenses of members under the care of PROVIDER. Because of this obligation, PROVIDER agrees to assist OHCA, or its authorized agents, in determining the liability of third parties;

(n) To maintain all applicable licenses and/or certifications during the term of this contract. Should PROVIDER's licenses and/or certifications be modified, suspended, revoked, or in any other way impaired, PROVIDER shall notify OHCA within three business days of such action. In the event PROVIDER's license and/or certifications are modified, PROVIDER shall abide by the terms of the modified license and/or certifications. In the event of suspension, revocation, or other action making it unlawful for PROVIDER to provide DME and/or medical supplies, this Agreement shall terminate immediately. A violation of this paragraph, at the time of execution or during any part of the Agreement term, shall render the Agreement immediately void;

(o) That provision of DME and/or medical supplies for purposes of this Agreement shall be limited to those services and items within the scope of the Oklahoma Medicaid State Plan reflected by properly promulgated rules. To the extent that DME and/or medical supplies are not compensable under SoonerCare, the services or items may be provided but shall not be compensated by OHCA. **PROVIDER acknowledges that covered services may vary between SoonerCare benefit plans;**

(p) To develop and enforce policies and procedures in accordance with laws regarding communicable diseases. These policies and procedures shall include universal

precautions, including precautions related to Human Immunodeficiency Virus (HIV) serologically positive patients, which equal or exceed such standards established by the U.S. Occupational Safety and Health Administration.

(q) To comply with the documentation provisions found at OAC 317:30-5-211.6 and maintain a clinical record system as follows:

(i) The system shall be maintained in accordance with written policies and procedures, which shall be produced to OHCA or its agents upon request;

(ii) PROVIDER shall designate a professional staff member to be responsible for maintaining the records and for ensuring they are completely and accurately documented, readily accessible, and systematically organized;

(iii) Each patient's record shall include, as applicable and in addition to other items set forth herein: member identification and personal, demographic and social data; evidence of consent forms; pertinent medical history; assessment of patient's health status and health-care needs; report of physical examination; brief summary of presenting episode and disposition; education and instruction to patient; all physician's orders; diagnostic and laboratory test results; consultative findings; reports of treatments and medications; immunization records; preventive services; and other pertinent information necessary to monitor the patient. All entries must be legible, dated and include signatures of the physician and other health care professionals rendering the patient's care;

(r) That PROVIDER's provision of DME and/or medical supplies shall be pursuant to the prescription or direction of a physician duly licensed by the Oklahoma State Board of Medical Licensure and Supervision, the Oklahoma Board of Osteopathic Examiners, or the appropriate licensing body of the state where the physician is located;

(s) To render services in an appropriate physical location; which shall include barrier-free access, adequate space for provision of direct services, appropriate equipment, proper exit signs, and a safe environment for patients;

(t) To train staff in handling emergencies to ensure patient safety;

(u) To have a written preventive maintenance program to ensure all essential mechanical, electrical, and patient-care equipment is maintained in a safe operating condition;

(v) To maintain comprehensive liability insurance in the amount of at least $300,000 per incident that covers both the PROVIDER'S place of business and all customers and employees of the PROVIDER. If the PROVIDER manufactures its own items, this insurance must also cover product liability and completed operations. PROVIDER may request an exemption to this provision by including a letter of explanation of the request for exemption when submitting the completed contract documents to OHCA; OHCA will notify PROVIDER whether or not the exemption has been granted.

**4.2 Rights and Responsibilities Related to Member Co-payments and Collections**

(a) Pursuant to 42 Code of Federal Regulations (CFR) § 447.15, payments made by OHCA shall be considered payment in full for all covered services provided to a member, except for OHCA-allowed member co-payments.

(b) PROVIDER shall not bill a member or attempt in any way to collect any payment from a member for any covered service, except for co-payments allowed by OHCA. This provision is in force even if PROVIDER elects not to bill OHCA for a covered service. Violation of this provision may result in suspension of payments, recoupement of OHCA reimbursements and/or contract action up to and including contract termination.

(c) PROVIDER shall not require members to pay for services in advance, except for OHCA-allowed member co-payments, even if PROVIDER refunds the money to members after receiving payment from OHCA. PROVIDER may require O-EPIC IP members to pay OHCA-allowed co-payments in advance of receiving services.

(d) PROVIDER may collect an OHCA allowed co-payment from a member for a covered service and may use any legal means to enforce the member's liability for such co-payment.

(e) PROVIDER shall not deny covered services to eligible members because of their inability to pay a co-payment, unless the member is enrolled in the O-EPIC IP benefit plan. PROVIDER may deny covered services to eligible O-EPIC IP members if they are unable

to pay a co-payment. Provision of a covered service to a member unable to pay a co-payment does not eliminate the member's liability for that co-payment.

4.3 **Payments from OHCA**

a) OHCA shall pay PROVIDER for services in accordance with the appropriate part of OHCA's Provider Manual OAC 317:30-1-et seq., Coverage by category and limitations.

b) PROVIDER agrees and understands that payment cannot be made by OHCA to vendors providing services under federally assisted programs unless services are provided without discrimination on the grounds of race, color, religion, sex, national origin or handicap.

c) PROVIDER shall accept payment from OHCA by direct deposit to PROVIDER'S financial institution. OHCA shall make payment in accordance with the information supplied by PROVIDER on the attached electronic funds transfer (hereafter EFT) form. PROVIDER shall update direct deposit information as needed by sending a signed EFT form to OHCA.

d) PROVIDER shall release any lien securing payment for any SoonerCare compensable service. This provision shall not affect PROVIDER's ability to file a lien for non-covered service or OHCA-permitted co-payment.

e) Satisfaction of all claims will be from federal and state funds. Any false claims, statements, or documents, or any concealment of a material fact may be prosecuted.

f) Payments will be made to PROVIDER within forty-five (45) days of submission of a "clean claim" as such term is defined at 42 CFR § 447.45 (b). PROVIDER is entitled to interest in accordance with 62 OS § 41.4B (1991) for all payments not made within forty-five days after the clean claim has been submitted to OHCA or its claims payment agent.

g) PROVIDER certifies with each claim for payment that that the services or products for which payment is billed by or on behalf of PROVIDER were medically necessary as defined by OAC 317:30-3-1(f) and were rendered by PROVIDER.

4.4 **Billing Procedures**

(a) PROVIDER agrees all claims shall be submitted to OHCA in a format acceptable to OHCA and in accordance with OHCA regulations. Electronic and/or Internet submitted claims may receive priority handling.

(b) If PROVIDER enters into a billing service agreement, PROVIDER shall be responsible for the accuracy and integrity of all claims submitted on PROVIDER's behalf by the billing service.

(c) PROVIDER shall not use the billing service or any other entity as a factor, as defined by 42 CFR § 447.10.

(d) PROVIDER is responsible for determining a member's appropriate eligibility by contacting OHCA's Eligibility Verification System (EVS).

## ARTICLE V. LAWS APPLICABLE

5.1 The parties to this Agreement acknowledge and expect that over the term of this Agreement laws may change. Specifically, the parties acknowledge and expect: (i) federal Medicaid statutes and regulations; (ii) state Medicaid statutes and rules; (iii) state statutes and rules governing practice of health care professions; and (iv) any other laws cited in this contract may change. The parties shall be mutually bound by such changes.

5.2 As applicable, PROVIDER shall comply with and certifies compliance with:

(a) Age Discrimination in Employment Act, 29 USC § 621 et seq.;

(b) Rehabilitation Act, 29 USC § 701 et seq.;

(c) Drug-Free Workplace Act, 41 USC § 701 et seq.;

(d) Title XIX of the Social Security Act), 42 USC § 1396 et seq.;

(e) Civil Rights Act, 42 USC §§ 2000d et seq. and 2000e et seq.;

(f) Age Discrimination Act, 42 USC § 6101 et seq.;

(g) Americans with Disabilities Act, 42 USC § 12101 et seq.;

(h) Oklahoma Worker's Compensation Act, 85 OS § 1 et seq.;

(i) 31 USC § 1352 and 45 CFR § 93.100 et seq., which (1) prohibits the use of federal funds paid under this Agreement to lobby Congress or any federal official to enhance or protect the monies paid under this Agreement and (2) requires disclosures to be made if other monies are used for such lobbying;

(j)       Presidential Executive Orders 11141, 11246 and 11375 at 5 USC § 3501 and as supplemented in Department of Labor regulations 41 CFR §§ 741.1-741.84, which together require certain federal contractors and subcontractors to institute affirmative action plans to ensure absence of discrimination for employment because of race, color, religion, sex, or national origin;

(k)      The Federal Privacy Regulations and the Federal Security Regulations as contained in 45 CFR Part 160 et seq. that are applicable to such party as mandated by the Health Insurance Portability and Accountability Act of (HIPAA), Public Law 104-191, 110 Stat. 1936, and HIPAA regulations at 45 CFR § 160.101 et seq.;

(l)      Vietnam Era Veterans' Readjustment Assistance Act, Public Law 93-508, 88 Stat. 1578;

(m)    Protective Services for Vulnerable Adults Act, 43A O. S. § 10-101 et seq.;

(n)     Debarment, Suspension and other Responsibility Matters, 45 CFR §§76.105 and 76.110;

(o)     With regard to equipment (as defined by O.M.B. Circular A-87) purchased with monies received from OHCA pursuant to this Agreement, 74 OS §§ 85.44(B) and (C), 45 CFR §74.34, 42 CFR 447.20 and 447.21;

(p)     False Claims Act, 31 U.S.C. Sec 3729 – 3733; 31 U.S.C. Sec 3801

5.3     The explicit inclusion of some statutory and regulatory duties in this Agreement shall not exclude other statutory or regulatory duties.

5.4     All questions pertaining to validity. interpretation, and administration of this Agreement shall be determined in accordance with the laws of the State of Oklahoma, regardless of where any service is performed or product is provided.

5.5     The venue for legal actions arising from this Agreement shall be in the District Court of Oklahoma County, State of Oklahoma

## ARTICLE VI.   AUDIT AND INSPECTION

6.1     As required under 42 CFR 431.107, PROVIDER shall keep such records as are necessary to disclose fully the extent of services provided to members and shall furnish records and information regarding any claim for providing such service to OHCA, the Oklahoma Attorney General's Medicaid Fraud Control Unit (MFCU hereafter), and the U.S. Secretary of Health and Human Services (Secretary hereafter). PROVIDER agrees to keep records to disclose the services it provides for six years from the date of service. PROVIDER shall not destroy or dispose of records, which are under audit, review or investigation when the six-year limitation is met. PROVIDER shall maintain such records until informed in writing by the auditing, reviewing or investigating agency that the audit, review or investigation is complete.

6.2     Authorized representatives of OHCA, MFCU, and the Secretary shall have the right to make physical inspection of PROVIDER's place of business and to examine records relating to financial statements or claims submitted by PROVIDER under this Agreement and to audit PROVIDER's financial records as provided by 42 CFR § 431.107. If PROVIDER fails to submit records to OHCA or its agent within reasonable specified timeframes, all *SoonerCare* payments to PROVIDER may be suspended until records are submitted.

6.3     Pursuant to 74 OS § 85.41, OHCA and the Oklahoma State Auditor and Inspector shall have the right to examine PROVIDER's books, records, documents, accounting procedures, practices, or any other items relevant to this Agreement.

6.4     PROVIDER shall submit, within thirty-five days of a request by OHCA, MFCU, or the Secretary, all documents, as defined by 12 OS § 3234, in its possession, custody, or control concerning (i) the ownership of any subcontractor with whom PROVIDER has had business transactions totaling more than twenty-five thousand dollars during the twelve months preceding the date of the request, or (ii) any significant business transactions between PROVIDER and any wholly owned supplier or between PROVIDER and any subcontractor during the five years preceding the date of the request.

6.5     PROVIDER shall provide OHCA with information concerning PROVIDER's ownership in accordance with 42 C.F.R. § 455.100 et. seq. This Agreement shall not be effective until OHCA receives the ownership information requested in the Disclosure of Ownership and Controlling Interest Form which is attached to and made part of this Agreement. Ownership information shall be provided to OHCA at each Agreement renewal and within twenty days of any change in ownership. Ownership information is critical for determining whether a person with an ownership interest has been convicted of a program crime under Titles V, XVIII, XIX, XX and XXI of the

federal Social Security Act, 42 USC § 301 et seq. PROVIDER shall also furnish ownership information to OHCA upon request.

## ARTICLE VII.   CONFIDENTIALITY

7.1     PROVIDER agrees that member information is confidential pursuant to 42 USC § 1396a(7), 42 CFR § 431:300-306, and 63 OS § 5018. PROVIDER shall not release the information governed by these requirements to any entity or person without proper authorization or OHCA's permission.

7.2     PROVIDER shall have written policies and procedures governing the use and removal of patient records from PROVIDER's facility. The patient's written consent shall be required for release of information not authorized by law, which consent shall not be required for state and federal personnel working with records of members.

7.3     PROVIDER agrees to comply with the provisions of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), specifically 45 CFR Part 164.

## ARTICLE VIII.   TERMINATION

8.1     This Agreement may be terminated by three methods.   (i) Either party may terminate this Agreement for cause with a thirty-day written notice to the other party; (ii) either party may terminate this Agreement without cause with a sixty-day written notice to the other party; or (iii) OHCA may terminate the contract immediately a) to protect the health and safety of members, b) upon evidence of fraud, or c) pursuant to Paragraph 4.1 (e) above.

8.2     In the event funding of *SoonerCare* from State, Federal or other sources is withdrawn, reduced, or limited in any way after the effective date of this Contract and prior to the anticipated Agreement expiration date, this Agreement may be terminated immediately by OHCA.

8.3     In the event of termination, PROVIDER shall provide any records or other assistance necessary for an orderly transition of *SoonerCare* members' health care.

## ARTICLE IX. OTHER PROVISIONS

9.1     The representations made in this memorialization of the Agreement constitute the sole basis of the parties' contractual relationship. No oral representation by either party relating to services covered by this Agreement shall be binding on either party. Any amendment to this Agreement shall be in writing and signed by both parties, except those matters addressed in Article 2.3 and Article 4.3 (C), which require PROVIDER's signature only.

9.2     Attachments to this Agreement which are made part of the Agreement and incorporated by reference are (i) PROVIDER's Affidavit, (ii) Disclosure of Ownership and Controlling Interest Form, (iii) Electronic Funds Transfer Authorization, and (iv) Provider Application Form.

9.3     If any provision of this Agreement is determined to be invalid for any reason, such invalidity shall not affect any other provision, and the invalid provision shall be wholly disregarded.

9.4     Titles and subheadings used in this Agreement are provided solely for the reader's convenience and shall not be used to interpret any provision of this Agreement.

9.5     OHCA does not create and PROVIDER does not obtain any license by virtue of this Agreement. OHCA does not guarantee PROVIDER will receive any patients, and PROVIDER does not obtain any property right or interest in any *SoonerCare* member business by this Agreement.

_Michael Gallurty_
Print Authorized Representative's Name

_[signature]_
Authorized Representative's Signature

_20-4012886_
Provider's FEIN (Federal Employer Identification Number)

_November 3, 2007_
Date

**AFFIDAVIT**
**[Required by 74 OS §§ 85.23 and 85.43 (B)]**

STATE OF _Oklahoma_ )
)  ss.
COUNTY OF _Oklahoma_ )

_Michael Caddosky_ of lawful age, being first duly sworn on oath says:
(Print Authorized Representative's Name)

1. He/She is the duly authorized agent of the contractor under the contract which is attached to this statement, for the purpose of certifying the facts pertaining to the giving of things of value to government personnel in order to procure said contract;

2. He/She is fully aware of the facts and circumstances surrounding the making of the contract to which this statement is attached and has been personally and directly involved in the proceedings leading to the procurement of said contract;

3. Neither the contractor nor anyone subject to the contract's direction or control has paid, given, or donated or agreed to pay, give or donate to any officer or employee of the State of Oklahoma any money or other thing of value either directly or indirectly, in procuring the contract to which this statement is attached; and

4. No person who has been involved in any manner in the development of the contract to which this statement is attached while employed by the State of Oklahoma shall be employed to fulfill any of the services provided for under said contract. This paragraph shall not preclude faculty and staff of institutions within the State system of Higher Education from negotiating and participating in research grants and educational contracts. This paragraph shall not apply to an agreement between the Oklahoma Health Care Authority and another agency of the State of Oklahoma.

_____
Authorized Representative's Signature

Subscribed and sworn before me this _13th_ day of _November_, 20 _07_

( Seal )

_Teresa L Hemill_
_____
Notary Public (or Clerk or Judge)

Commission #01013897
Expires 9 / 22 / 09

# SOONERCARE PROVIDER APPLICATION
## FOR BUSINESS

- Application must be typed or printed in black ink. **All information must be completed or marked "N/A".**
- When completing this application, keep in mind the questions pertain to the organization named in the agreement.
- Provide evidence of current professional liability (malpractice) insurance policy.
- Enrollment in the VFC Program is required for those who provide primary care for members under 18 years of age.
- If you have any questions regarding this application, please contact Provider Enrollment at (800)522-0114, option 5 or locally at (405)522-6205, option 5.

### OKLAHOMA MEDICAID INFORMATION

**SECTION I**

Are you currently or have you ever been enrolled in the Oklahoma Medicaid Program?
[✓] Yes, I am currently enrolled. [ ] Yes, I was in the past. Go to Section II. [ ] No. Go to Section II.

If **currently enrolled**, please check one of the following:

[ ] Change of ownership.
Change Effective Date _____ Current Provider ID _ _ _ _ _ _ _ _ _ _

[ ] Additional service location.
Effective Date _____ Current Provider ID(s) _____
*(If the first 9 digits are the same, only list once.)*

[✓] Other _RENEWAL_
Effective Date _____ Provider ID _1 0 0 8 1 1 6 7 0 A_

### PROVIDER INFORMATION

**SECTION II**

[✓] Corporation [ ] Estate/Trust [ ] Government Owned [ ] Limited Liability Company
[ ] Not-for-Profit [ ] Partnership [ ] Public Service Corporation [ ] Sole Proprietor

_A Plus Medical Care of Ok. Inc_     _1 538 27 3602_
DBA *(Doing Business As)* Name     NPI *(National Provider Identifier)*

_1 116 790 001_
**First DOS** *(Date of Service)*    Medicare Number    Medicare Certification Date

License Number *(Attach a copy of current license)*    Original Issue Date    DEA Number
Are you enrolled in the Vaccine for Children (VFC) Program? [ ] Yes [ ] No   VFC #

### ADDRESS INFORMATION

**SECTION III**

_2801 COLTRANE PL. ST #2_     _P.O. Box 1990_
Service Location Address *(PO Box is not acceptable)*    Pay To *(If different from Mailing on Section 2.2 of the agreement)*

_Edmond, OK 73034_ -     _Edmond, OK 73034-1990_
City   State   Zip   4 digit zip    City   State   Zip   4 digit zip

_(405) 330-5610_ _(405) 330-8207_    _(405) 330-5610_ _(405) 330-8207_
Phone    Fax    Phone    Fax

_Mr. Calloway_    _(405) 330-5610_ _(405) 330-8207_
Contact Name    Contact Phone    Fax

_Aplus1967@AOL.com_
E-mail Address

### PAYMENT AND TAX REPORTING INFORMATION

**SECTION IV**

FEIN *(Federal Employer Identification Number)* _20-40 12886_
IRS *(Internal Revenue Service)* Legal Name _A Plus Medical Care of Ok. Inc._
*(Must match with IRS Form SS4 or IRS Letter 147C. A copy should be attached.)*
If you are a Sole Proprietor and do not have a FEIN, SSN *(Social Security Number)* can be used instead.

SSN _ _ _ - _ _ - _ _ _ _
Name as it appears on Social Security Card _____
Last     First     Middle

_Michael Calloway_     _Nov 3, 2007_
Print Authorized Representative Name    Authorized Representative Signature    Date

* If you are an eligible primary care provider and choose to enroll as a group Choice and/or O-EPIC Provider,
please complete the applicable attachment(s).

General Information
Pertaining to
Disclosure of Ownership and Control Interest Statement

*PRIVACY ACT STATEMENT: THIS PROVIDES INFORMATION AS REQUIRED BY THE PRIVACY ACT OF 1974.*

The primary use of the Disclosure of Ownership and Controlling Interest Form is to facilitate tracking of providers sanctioned by the Oklahoma Health Care Authority (OHCA) and/or the Department of Health and Human Services (DHHS), Office of Inspector General. Completion and submission of this form is a condition of participation, certification or re-certification under any of the programs established by Titles V, XVIII, and XX or as a condition of approval or renewal of a contractor agreement between the disclosing entity and the appropriate state agency under any of the above-titled programs. A full and accurate disclosure of ownership and financial interest is required. Direct or indirect ownership interest must be reported if it equates to an ownership interest of 5 percent or more in the disclosing entity.

## GENERAL INSTRUCTIONS

Please answer all questions as of the current date. If additional space is needed, use an attached sheet referencing the item number to be continued.

## OHCA's REQUEST FOR SOCIAL SECURITY NUMBERS

OHCA understands that individuals have concerns about disclosing social security numbers (SSNs). For this reason, we are providing the following information.

## WHY WE REQUEST SSNs

Federal Medicaid regulations require that any entity that contracts to provide services to SoonerCare (Oklahoma Medicaid) members must supply OHCA with full and complete information related to each person with an ownership or control interest in the entity. The SSN is required by the regulation and there is no substitute allowed. You can find the regulation at 42 United States Code § 1320a-3.

## WHO IS REQUIRED TO PROVIDE A SSN

If the contracting entity is an individual or a sole proprietorship, the individual or sole proprietor;
If the entity is a partnership, each partner;
**If the entity is organized as a corporation, each officer and director of the corporation; this includes limited liability corporations and non-profit corporations.**
Any person that has an ownership interest of 5% or more in an entity; and
Any person that owns all or part interest in a mortgage, deed of trust, note, or other obligations secured (in whole or part) by the entity or its property or assets, if the security interest equals 5% of more of the total property and assets of the entity.
Entities operated by a unit of government, e.g. state agencies, county hospitals, public schools, etc., are generally not required to supply SSNs.

## WHAT OHCA DOES WITH SSNs

The federal government maintains a database of providers who have been excluded from participating in the Medicaid program. OHCA searches this database using SSNs to ensure that none of the individuals have been excluded from Medicaid. If any of those individuals are excluded, OHCA will not be able to contract with the entity.

SSNs are handled by a limited number of enrollment staff who are trained to keep the information confidential. These staff members enter the SSNs into the entity's provider record in our Medicaid Management Information System (MMIS). The federal government periodically sends OHCA a file of providers added to the exclusion list and we run this file against the SSNs stored in the system.

OHCA's treatment of SSNs is akin to its treatment of member and provider identification numbers which are not disclosed to the public. OHCA's MMIS is highly secure and meets HIPAA requirements for the handling of personal health information. OHCA conducts regular security tests and audits of the system. In addition, only a limited number of OHCA staff can view SSNs in the MMIS.

**Failure to submit requested information will result in a refusal by the State agency to enter into a contract with any such institution or in termination of existing contracts.**

Oklahoma Health Care Authority

# DISCLOSURE OF OWNERSHIP
## AND
## CONTROL INTEREST STATEMENT

## Item I. Identifying Information

(a) Name of Individual, Facility or Organization: _A Plus Medical Care of OK, Inc._

(b) DBA Name: _A Plus Medical Care of OK, Inc._

(c) Federal Tax Identification Number (TIN) OR Social Security Number: ▓▓▓▓▓▓▓

(d) Check the entity type that best describes the structure of the enrolling provider entity. Check **only one** box.

[✓] For-Profit Corporation    [ ] Non-Profit Corporation    [ ] Partnership    [ ] Government Owned    [ ] Sole Proprietorship

(e) Is this entity chain affiliated?    [✓] No    [ ] Yes

## Item II. Ownership and Control Information

(a) List the name, title, address, and SSN for each office and/or individual who has direct or indirect ownership or controlling interest, separately or in combination, amounting to an ownership interest of 5% or more of the provider entity. List the name, Tax ID (TIN), and address of any organization, corporation, or entity having direct or indirect ownership or controlling interest, separately or in combination, amounting to an ownership interest of 5% or more in the provider entity. Attach additional pages as necessary to list all officers, owners, management and ownership entities.

| Name | Title | Address, City, Zip | SSN/TIN | Percentage |
|---|---|---|---|---|
| L. Calloway | Pres | P.O. Box 1990 · Edmond, OK 73034 | 20.4012886 | 95% |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(b) List those persons named in Item II (a) that are related to each other (spouse, parent, child, or sibling).

| Name | Relationship | SSN |
|---|---|---|
| N/A | | |

(c) List the name, title, address and social security number of each person with an ownership or control interest **in any subcontractor** in which the disclosing entity has direct or indirect ownership of 5% or more.

| Name | Title | Address, City, Zip | SSN | Percentage |
|---|---|---|---|---|
| N/A | | | | |

(d) List the name, address and TIN of any other **disclosing entity** in which a person with an ownership or controlling interest in the disclosing entity also has an ownership or control interest of at least 5% or more.

| Name | Title | Address, City, Zip | SSN | Percentage |
|---|---|---|---|---|
| N/A | | | | |

Oklahoma Health Care Authority

# DISCLOSURE OF OWNERSHIP
# AND
# CONTROL INTEREST STATEMENT

## Item III. Criminal Offenses

(a) List the name, title, SSN and address of each officer and/or individual who has ownership or control interest in the disclosing entity, or is an agent or managing employee of the disclosing entity and has been convicted of a criminal offense related to that person's involvement in any program under Medicare, Medicaid or the Title XX services program since the inception of those programs.

| Name | Title | Address, City, Zip | SSN (or TIN if organization) |
|------|-------|--------------------|------------------------------|
| N/A | | | |
| | | | |
| | | | |

(b) List the name, title, social security number and address of any individual who has an ownership or controlling interest in the disclosing entity and has been suspended or debarred from participation in Medicare, Medicaid or Title XX program since the inception of those programs.

| Name | Title | Address, City, Zip | SSN |
|------|-------|--------------------|-----|
| N/A | | | |
| | | | |

## Item IV. Status Changes

(a) Has there been a change in ownership or control within the last year or is a change of ownership or control anticipated within the year?

☑ No  ☐ Yes

(b) Is this facility operated by a management company or leased in whole or party by another organization?

☑ No  ☐ Yes

If "Yes", list date of change in operations: _____

(c) Have you increased your bed capacity by 10% or more or by 10 beds, whichever is greater, within the last year?

If "Yes", when? _____ N/A _____

Previous No. of Beds _____ Current No. of Beds _____ Date of change _____

(d) Has there been a change in administrator, Director of Nursing or Medical Director within the last year?

If "Yes", please check box below and list date.

☐ Administrator  ☐ Director of Nursing  ☐ Medical Director  Date: _____ N/A _____

Name of new Administrator, Director of Nursing or Medical Director: _____ N/A _____

(e) Has there been a past bankruptcy or do you anticipate filing for bankruptcy within a year?  ☑ No  ☐ Yes

If "Yes", when? _____

Oklahoma Health Care Authority

# DISCLOSURE OF OWNERSHIP
## AND
## CONTROL INTEREST STATEMENT

| Item V.  Board of Directors | | | |
|---|---|---|---|
| List the name, title, social security number, and address of each of the Board of Directors of the disclosing entity. | | | |
| Name | Title | Address, City, Zip | SSN |
| N/A | | | |
| | | | |

MIKE FOGARTY
CHIEF EXECUTIVE OFFICER



BRAD HENRY
GOVERNOR

**STATE OF OKLAHOMA**
**OKLAHOMA HEALTH CARE AUTHORITY**

DATE: _11-21-07_                                    ATN: _46414_

Dear Provider:

The enclosed contract is being returned because of the following missing or incomplete information.
Please complete all items marked below:

_____ Missing Application
_____ Application must be completed
_____ Missing Appendix A
_____ Missing Affidavit. It is enclosed for your convenience.
_____ Affidavit is missing: Notary Signature_____ Notary Seal_____
_____ Original Signatures are required
_____ Provider Signature on Contract_____ Affidavit_____ Application_____ (individual must personally sign)
_____ All forms must be signed by the provider (individual must personally sign)
_____ Authorized Representative's signature on: Contract_____ Affidavit_____ Application_____
_____ All forms must be signed by the same authorized representative
_____ Missing Disclosure of Ownership
_____ Disclosure of Ownership missing: Owners _____ Board of Directors_____
__X__ Disclosure of Ownership missing SSN for: Owners _X__ Board of Directors_____
_____ Provider Number is missing or incomplete
_____ Missing a copy of provider's current license
_____ Missing Malpractice Insurance
_____ The attached contract is incorrect. Please complete the enclosed _____renewal contract.
_____ Other:_____

_____

_____

Please return the items marked above along with your renewal and **this letter** to:
Oklahoma Health Care Authority
ATTN: Provider Enrollment
PO Box 54015
Oklahoma City, OK 73154

If you have any questions regarding the contract renewal process please contact Provider Enrollment at
(800)522-0114, option 5 or locally at (405)522-6205, option 5.

Sincerely,

Provider Enrollment