# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) APMC, INC., d/b/a A PLUS MEDICAL OF OKLAHOMA ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | |
| (1) MICHAEL FOGARTY, Chief Executive Officer of the Oklahoma Heath Care Authority; (2) LYNN MITCHELL, M.D., State Medicaid Director; (3) KELLY SHROPSHIRE, Auditor for the Oklahoma Health Care Authority, sued in their official and individual capacities, ) ) ) ) ) ) ) ) ) ) | Case No. 5:08-CV-00249-F |
| Defendants. ) | |

## MOTION TO STAY OF PROCEEDINGS
## AND BRIEF IN SUPPORT

COME NOW Defendants, Lynn Mitchell, M.D. State Medicaid Director and Kelly Shropshire, Auditor for the Oklahoma Health Care Authority, named in their official and individual capacities, by and through their attorneys of record, Christopher J. Bergin and Nicole M. Nantois, and respectfully requests, pursuant to F.R.C.P. Rule 62(a)(1), that this matter be stayed pending further order of the United States Court of Appeals for the 10th Circuit and in support thereof, states as follows:

1.  Defendants' have today, September 19, 2008, filed their Notice of Appeal of this Court's Order of September 12, 2008, denying Defendants' Motion to Dismiss pursuant to the Doctrine of Qualified Immunity.

2.  Christopher J. Bergin has spoken with counsel for Plaintiff, Kevin

Gordon, and advises the Court Mr. Gordon is opposed to the instant Motion to Stay.

## ARGUMENT AND AUTHORITY

The remaining Defendants' herein, Lynn Mitchell and Kelly Shropshire, named in their individual and official capacities, are entitled to a stay of these proceedings.

In *Robbins v. State of Oklahoma ex rel.*, *Department of Human Services,* 519 F.3d 1242 (2008); the United States for the 10th Circuit recognized that, "Qualified Immunity exists to protect public officials from the broad ranging discovery that can be peculiarly disruptive of effective government.  Defendants' are permitted to appeal from the denial of a Motion to Dismiss on Qualified Immunity grounds, precisely to spare them the ordeal of discovery if the complaint fails to allege constitutional violation or if the alleged violation was not clearly established."

Defendants' appeal herein is timely and jurisdiction now rests with the 10th Circuit Court of Appeals.  Defendants' request for a Stay is particularly appropriate in that their answer herein has not been filed and no discovery has been undertaken.

WHEREFORE, premises considered, Defendants' respectfully requests this Court Stay the proceedings in the present action pending the ruling of the 10th Circuit Court of Appeals.

    Respectfully submitted,

    Howard J. Pallotta
    Director of Legal Services

    s/Christopher J. Bergin  (OBA #13897)  09/19/08
    Signature                                 Date

    s/Nicole Nantois  (OBA #16965)      09/18/08
    Signature                                 Date

    Oklahoma Health Care Authority

        P.O. Drawer 18497
        Oklahoma City, OK  73154-0497
        City/State/Zip Code
        Telephone: (405) 522-7431
        Fax: (405) 530-3455
        Telephone/Fax Number
        Christopher.bergin@okhca.org
        Internet E-mail Address
        Nicole.nantois@okhca.org
        Internet E-mail Address

I hereby certify that on 19th day of September, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Kevin D. Gordon, OBA# 10826
Rustin J. Strubhar, OBA# 15850
Alison M. Howard, OBA# 19835
CROWE & DUNLEVY
A Professional Corporation
20 North Broadway
Suite 1800
Oklahoma City, OK  73102-8273
(405) 235-7700; (405) 239-6651 (Facsimile)
Kevin.gordon@crowedunlevy.com
Rustin.strubhar@crowedunlevy.com
Alison.howard@crowedunlevy.com

And

Aletia Haynes Timmons, OBA# 11855
Timmons & ASSOCIATES, L.L.C.
527 NW 23rd Street, Suite 200
Oklahoma City, OK  73103
(405) 602-5393; (405) 602-5390 (Facsimile)
atimmons@coxinet.net
ATTORNEYS FOR PLAINTIFF APMC, INC. d/b/a/
A Plus Medical of Oklahoma

                s/CHRISTOPHER J. BERGIN